# Exhibit A



Elisabeth Kines
225 State Street, Suite 301
Harrisburg, PA 17101
Elisabeth@afft.org

February 7, 2022

FOIA Officer
United States Postal Service
By email to:  FOIA12@usps.gov

> Re:  **FOIA Request About COVID-19 Test Webform**

Dear USPS FOIA Officer:

My name is Elisabeth Kines, and I am the National Executive Director of Americans for Fair Treatment (AFFT), a 501(c)(3) nonprofit organization that works to educate public sector employees about their constitutional rights around union membership.

**FOIA Request.**  This is a Freedom of Information Act Request to the United States Postal Service (USPS) pursuant to 5 U.S.C. § 552.  AFFT hereby requests:

1. All records concerning the "Privacy Act Statement" contained on USPS's webform through which members of the public may order rapid antigen COVID-19 tests (https://special.usps.com/testkits). The records requested include, but are not limited to, those that reflect USPS's decision to depart from using its default "Privacy Act notice' that is "for personal information collected online" (which is published at https://about.usps.com/who/legal/privacy-policy/full-privacy-policy.htm) and instead to use a "Privacy Act Statement" that says USPS may, without consent, disclose information it obtains about the public through the COVID-19 test webform to "labor organizations as required by applicable law."

2. All records concerning USPS's disclosure to any labor organization of information it obtained through the COVID-19 test webform.

**Expedited Treatment.**  I request that USPS grant expedited treatment for this FOIA request because there is a compelling need.  AFFT primarily engages in disseminating information to the public.  The information AFFT seeks through this request is urgently needed to inform the public of USPS's actual or alleged governmental activity—its provision of the public's sensitive information, including full names, email addresses, and

shipping addresses, to labor organizations without consent. In addition, the public should understand why USPS has departed from its published Privacy Act notice just for the COVID-19 webform but for no other situation I have identified. AFFT seeks to learn and educate the public about why USPS would provide sensitive information that is covered by the Privacy Act to labor organizations and the extent to which it has done so. I hereby certify that this is true to the best of my knowledge and belief.

**Fee Waiver.** AFFT requests a fee waiver for this FOIA request. Disclosure of the information AFFT seeks is in the public interest because it is likely to contribute significantly to the public understanding of the operations and activities of USPS in collecting, protecting, and disseminating sensitive Privacy Act-covered information without consent. Nor is the information AFFT has requested primarily in its commercial interest.

**Production.** Please produce responsive records in electronic form in lieu of paper production (preferably via email to the email address listed on the first page of this request). If a portion of responsive records may be produced more readily than the remainder, AFFT requests that those records be produced first, and the remaining records produced on a rolling basis. If redaction under 5 U.S.C. § 552(b) can make any responsive but exempt material nonexempt, please produce such materials in redacted form.

Thank you in advance for your prompt attention to this important matter in the public interest.

Sincerely,

Elisabeth Kines
National Executive Director
Americans for Fair Treatment