# Exhibit B

1:22-cv-1183

PRIVACY AND RECORDS MANAGEMENT OFFICE



February 8, 2022

**Via Email**: elisabeth@afft.org

Elisabeth Kines
National Executive Director
Americans for Fair Treatment
225 State Street, Suite 301
Harrisburg, PA 17101

RE:  FOIA Case No. 2022-FPRO-00906

Dear Ms. Kines:

This is an acknowledgement to your Freedom of Information Act (FOIA) request of February 7, 2022, in which you seek access to Postal Service records.  Your request was received by this office on February 8, 2022, and assigned FOIA Tracking Number 2022-FPRO-00906.  In order to assist you in a timely manner, please ensure that all future correspondence contains the aforementioned FOIA Tracking Number.

Should you have any questions regarding your request, please contact the Postal Service FOIA Requester Service Center at (202) 268-2608 between the hours of 08:30 a.m. – 04:30 p.m., Eastern Standard Time.

Sincerely,

*Eboni Francis*

Eboni Francis
Government Information Assistant

475 L'Enfant Plaza SW, Rm. 1P830
Washington DC  20260-1101
(202) 268-2608
FAX:  (202) 268-5353