1:22-cv-1183

# Exhibit C

1:22-cv-1183

PRIVACY AND RECORDS MANAGEMENT OFFICE



February 8, 2022

Via Email: elisabeth@afft.org

Elisabeth Kines
Americans for Fair Treatment
225 State Street, Suite 301

Harrisburg, PA 17101

RE:  FOIA Case No. 2022-FPRO-00906

Dear Ms. Kines:

This responds to your Freedom of Information Act (FOIA) request dated February 7, 2022, in which you seek access to Postal Service records.  Specifically, you request:

> *1. All records concerning the "Privacy Act Statement" contained on USPS's webform through which members of the public may order rapid antigen COVID-19 tests (https://special.usps.com/testkits). The records requested include, but are not limited to, those that reflect USPS's decision to depart from using its default "Privacy Act notice' that is "for personal information collected online" (which is published at https://about.usps.com/who/legal/privacy-policy/full-privacypolicy.htm) and instead to use a "Privacy Act Statement" that says USPS may, without consent, disclose information it obtains about the public through the COVID-19 test webform to "labor organizations as required by applicable law."*
> 
> *2. All records concerning USPS's disclosure to any labor organization of information it obtained through the COVID-19 test webform.*

The FOIA, 5 USC §552, is a records and document statute. Identification of the record(s) desired is the responsibility of the requester.  The FOIA (5 U.S.C. 552(a)(3)(A)) requires the requester to reasonably describe the records being sought.  A description is considered reasonable if it permits an agency employee who is familiar with the subject area to locate the requested records with a "reasonable" amount of effort.  It is the requester's responsibility to frame requests with sufficient particularity to ensure that searches are not unreasonably burdensome, and to enable the searching agency to determine precisely what records are being requested.

Your request is very broad in scope and may involve voluminous records located within multiple departments or facilities throughout the country.  Please be advised that, while we wish to fully cooperate in processing your request, your letter does not provide sufficient detail to allow for the ready identification and retrieval of the desired documents.  As information, the Postal Service has approximately 30,000 facilities at which records are maintained.  The various records at these facilities are not centrally indexed.  We note that you did not limit the search of documents to a specific department or geographic area of interest or to a particular timeframe.

In addition, requests for "any and all" records, even if centered around a particular subject, are considered broad and do not comply with the federal regulations requiring a requester to reasonably describe the records sought. See *Exxon Mobil Corp v. U.S. Dept. of Interior*., No. 09 Civ. 6732 (AJM), 2010 U.S. Dist. (E.D.La. June 29, 2010).  Therefore, it is required that you specify the records that you seek in order for our agency to conduct an appropriate search.

Accordingly, we will need more definitive information concerning the records you seek.  Such a description will ensure responsible use of postal resources to satisfy your right to access while minimizing

475 L'Enfant Plaza SW, Rm. 1P830
Washington DC  20260-1101
Phone: 202.268.2608; Fax: 202.268.5353

any assessable search costs to you.  Consequently, given that your request cannot be processed as formulated, we plan to take no further action and incur no chargeable costs to you unless we hear back from you.  If we do not hear back from you, in writing, within twenty (20) calendar days from the date of this letter, **February 28 2022**, we will close out this request.  After that date, you may submit a new FOIA/PA request. New FOIA submissions in lieu of a response to this letter prior to the twenty (20) calendar day deadline will be administratively closed as a duplicate.

If you are not satisfied with the response to this request, you may file an administrative appeal within ninety (90) days of the date of this response letter by writing to the General Counsel U.S. Postal Service 475 L'Enfant Plaza SW Washington, DC 20260 or via email at FOIAAppeal@usps.gov.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of the response to your request. The letter of appeal should include, as applicable:

(1) A copy of the request, of any notification of denial or other action, and of any other related correspondence;
(2) The FOIA tracking number assigned to the request;
(3) A statement of the action, or failure to act, from which the appeal is taken;
(4) A statement identifying the specific redactions to responsive records that the requester is challenging;
(5) A statement of the relief sought; and
(6) A statement of the reasons why the requester believes the action or failure to act is erroneous.

For further assistance and to discuss any aspect of your request, you may contact FOIA Public Liaison listed below:

PRIVACY & RECORDS OFFICE
US POSTAL SERVICE
475 L'ENFANT PLAZA SW RM 1P830
WASHINGTON DC 20260-1101
Phone: (202) 268-2608
Fax: (202) 268-5353
FOIA Public Liaison:  Nancy Chavannes-Battle

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.


Sincerely,

*Marthea Hodge*

Marthea Hodge
Sr. Government Information Specialist