1:22-cv-1183

# Exhibit D

1:22-cv-1183

PRIVACY AND RECORDS MANAGEMENT OFFICE



February 25, 2022

Elisabeth Kines
225 State Street, Suite 301
Harrisburg, PA 17101

VIA EMAIL:  Elisabeth@afft.org

RE:  FOIA Case No. 2022-FPRO-00906

Dear Ms. Kines:

This is in response to your Freedom of Information Act (FOIA) request dated February 7, 2022 to the United States Postal Service (USPS), in which you request the following:

1. All records concerning the "Privacy Act Statement" contained on USPS's webform through which members of the public may order rapid antigen COVID-19 tests.  The records requested include, but are not limited to, those that reflect USPS's decision to depart from using its default "Privacy Act notice" that is "for personal information collected online" and instead to use a "Privacy Act Statement" that says USPS may, without consent, disclose information it obtains about the public through the COVID-19 test webform to "labor organizations as required by applicable law."

2. All records concerning USPS's disclosure to any labor organization of information it obtained through the COVID-19 test webform.

Under the FOIA, 5 U.S.C. § 552, agencies are required to produce records responsive to a request in accordance with statutory time frames, subject to certain exemptions.  The FOIA provides nine exemptions under which records or portions of records may be withheld from public disclosure. 5 U.S.C. §§ 552(b)(1) – (9).

In response to item #1 of your request, there are no responsive records.  Your request appears to compare the Privacy Act Statement, contained on the Postal Service's website for ordering COVID-19 tests with the Postal Service's general Privacy Policy contained on its website.  Privacy Act Statements and Privacy Policies are separate and distinct with different purposes. There was no decision to substitute one for the other.

In response to item #2 of your request, Labor Relations was contacted to locate records responsive to your request.  After the search was completed it was determined no records have been released to any labor organizations.  Therefore, there are no records responsive to your request.

If you are not satisfied with the response to this request, you may file an administrative appeal within 90 days of the date of this response letter by writing to the General Counsel U.S. Postal Service 475 L'Enfant Plaza SW Washington, DC 20260 or via email at FOIAAppeal@usps.gov.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. The letter of appeal should include, as applicable:

(1) A copy of the request, of any notification of denial or other action, and of any other related correspondence;
(2) The FOIA tracking number assigned to the request;

475 L'ENFANT PLAZA SW, RM. 1P830
WASHINGTON DC  20260-1101
(202) 268-2608
FAX:  (202) 268-5353

- 2 -

(3) A statement of the action, or failure to act, from which the appeal is taken;
(4) A statement identifying the specific redactions to responsive records that the requester is challenging;
(5) A statement of the relief sought; and
(6) A statement of the reasons why the requester believes the action or failure to act is erroneous.

For further assistance and to discuss any aspect of your request, you may contact any of the following:

- Name of agency official that processed your request and FOIA Requester Service Center:

    PRIVACY & RECORDS MANAGEMENT OFFICE
    US POSTAL SERVICE
    475 L'ENFANT PLAZA SW RM 1P830
    WASHINGTON DC 20260-1101
    Phone: (202) 268-2608
    Fax: (202) 268-5353
    Marthea Hodge, Sr. Government Information Specialist

- FOIA Public Liaison:  Nancy Chavannes-Battle (Can be contacted at the above Requester Service Center address and phone number)

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Thank you for your interest in the United States Postal Service.


Sincerely,

*Marthea Hodge*

Marthea Hodge
Sr. Government Information Specialist