# Exhibit G

1:22-cv-1183

ETHICS & LEGAL COMPLIANCE
LAW DEPARTMENT



*via* **Email**

April 6, 2022

Elisabeth Kines
National Executive Director
Americans for Fair Treatment
225 State Street, Suite 301
Harrisburg, PA 17101
elisabeth@afft.org

Re:  Freedom of Information Act Appeal No. 2022-APP-00100
      FOIA Case No. 2022-FPRO-00906

Dear Ms. Kines:

This is in response to the letter from Americans for Fair Treatment (AFFT), dated March 15, 2022, which was received on March 16, 2022.  In the letter, AFFT appealed from the action of Marthea Hodge, Government Information Specialist, on its request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for the following:

1. All records concerning the "Privacy Act Statement" contained on USPS's webform through which members of the public may order rapid antigen COVID-19 tests (https://special.usps.com/testkits). The records requested include, but are not limited to, those that reflect USPS's decision to depart from using its default "Privacy Act notice" that is "for personal information collected online" (which is published at https://about.usps.com/who/legal/privacy-policy/full-privacypolicy.htm) and instead to use a "Privacy Act Statement" that says USPS may, without consent, disclose information it obtains about the public through the COVID-19 test webform to "labor organizations as required by applicable law."
2. All records concerning USPS's disclosure to any labor organization of information it obtained through the COVID-19 test webform.

After carefully considering the appeal, we are affirming the decision in part and reversing in part. This is the final decision of the Postal Service regarding AFFT's right of access to records requested pursuant to the FOIA.  It may seek judicial review of this decision by bringing suit for that purpose in the United States District Court for the district in which it resides or has a principal place of business, the district in which the records are located, or in the District of Columbia.

The Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect a requester's right to pursue litigation.  The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road
Room 2510
College Park, MD 20740-6001
Email:  ogis@nara.gov
Telephone:  202-741-5770

475 L'ENFANT PLAZA SW
WASHINGTON, DC 20260

https://about.usps.com/who/legal/foia/

Toll free:  1-877-684-6448
Facsimile:  202-741-5769

For the General Counsel,


Tram T. Pham
Attorney
Ethics & Legal Compliance

Enclosure

cc:     Marthea Hodge
        Eboni Francis
        FOIAAppeal@usps.gov