# Exhibit I

1:22-cv-1183

# Gillespie, Christopher P - Washington, DC

| | |
|---|---|
| **From:** | Castorina, Janine - Washington, DC |
| **Sent:** | Monday, January 10, 2022 8:57 AM |
| **To:** | Gillespie, Christopher P - Washington, DC |
| **Cc:** | Lind, Christopher W - Washington, DC |
| **Subject:** | Re: (b) (5) |

(b) (5)

Sent from my iPhone

> On Jan 10, 2022, at 8:34 AM, Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6) wrote:
>
> (b) (5)
>
> **From:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
> **Sent:** Monday, January 10, 2022 7:27 AM
> **To:** Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6) Lind, Christopher W - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
> **Subject:** (b) (5)
>
> (b) (5)
>
> Janine Castorina
> Chief Privacy and Records Officer
> United States Postal Service
> 475 L'Enfant Plaza, SW
> Washington DC, 20260
> (b) (6)
> 202.268.2049 fax

# Gillespie, Christopher P - Washington, DC

| | |
|---|---|
| **From:** | Castorina, Janine - Washington, DC |
| **Sent:** | Monday, January 10, 2022 4:43 PM |
| **To:** | Gillespie, Christopher P - Washington, DC; Lind, Christopher W - Washington, DC |
| **Subject:** | RE: (b)(5) |

(b) (5)

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

**From:** Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Monday, January 10, 2022 4:15 PM
**To:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6) Lind, Christopher W - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** RE: (b)(5)



**From:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Monday, January 10, 2022 7:27 AM
**To:** Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6); Lind, Christopher W - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** (b)(5)

(b) (5)

1

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

## Gillespie, Christopher P - Washington, DC

| | |
|---|---|
| **From:** | Castorina, Janine - Washington, DC |
| **Sent:** | Tuesday, January 11, 2022 9:14 AM |
| **To:** | Gillespie, Christopher P - Washington, DC; Lind, Christopher W - Washington, DC |
| **Subject:** | RE: (b)(5) |

(b)(5)

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b)(6)
202.268.2049 fax

**From:** Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Tuesday, January 11, 2022 9:05 AM
**To:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6); Lind, Christopher W - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** RE: (b)(5)

Good morning Janine,

(b)(5)

**From:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Tuesday, January 11, 2022 8:48 AM
**To:** Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6); Lind, Christopher W - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** RE: (b)(5)

(b)(5)

1

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6) [redacted]
202.268.2049 fax

---

**From:** Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Monday, January 10, 2022 4:15 PM
**To:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6) Lind, Christopher W - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** RE: (b)(5)

(b) (5) [redacted]



---

**From:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Monday, January 10, 2022 7:27 AM
**To:** Gillespie, Christopher P - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6); Lind, Christopher W - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** (b)(5)

(b) (5) [redacted]

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6) [redacted]

202.268.2049 fax

| | |
|---|---|
| **From:** | Workinger, Kimberly B - Washington, DC |
| **To:** | Castorina, Janine - Washington, DC; Karpenko, Christopher J - Washington, DC |
| **Subject:** | RE: (b) (5) |
| **Date:** | Tuesday, January 11, 2022 9:29:51 AM |
| **Attachments:** | image001.png |

Thank you Janine!

**Kimberly Workinger**

**USPS.com** | Manager | Digital Brand Marketing
Office: (202) 268-7971 | (b) (6)

(b) (6)

---

**From:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Tuesday, January 11, 2022 9:29 AM
**To:** Karpenko, Christopher J - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6) Workinger, Kimberly B - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** FW: (b) (5)

FYI

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

**From:** Castorina, Janine - Washington, DC
**Sent:** Tuesday, January 11, 2022 9:16 AM
**To:** Dyer, Heather L - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** RE: (b) (5)

(b) (5)

[redacted]

(b) (5) ██████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6) ██████████
202.268.2049 fax

---

**From:** Dyer, Heather L - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Sent:** Tuesday, January 11, 2022 7:15 AM
**To:** Castorina, Janine - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6)
**Subject:** (b) (5) ██████████████

Janine-

(b) (5) ██████████████████████████████
██████████████████████████████

Thanks

Heather L Dyer
A/ Chief Information Security Officer VP
(b) (6) ██████████
██████████

| | |
|---|---|
| **From:** | Castorina, Janine - Washington, DC |
| **To:** | Dyer, Heather L - Washington, DC |
| **Subject:** | Re: (b) (5) |
| **Date:** | Tuesday, January 11, 2022 7:37:20 AM |

(b) (5)

Sent from my iPhone

> On Jan 11, 2022, at 7:15 AM, Dyer, Heather L - Washington, DC (b)(3); 39 U.S.C. 410(c)(2); (b)(6) wrote:
>
> Janine-
>
> (b) (5)
>
> Thanks
>
> Heather L Dyer
> A/ Chief Information Security Officer VP
> (b) (6)