UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE; LOUIS DEJOY, in his official capacity as Postmaster General of the United States Postal Service; and THOMAS J. MARSHALL, in his official capacity as General Counsel of the United States Postal Service,<br><br>Defendants. | No. 1:22-cv-1183-RCL<br><br>**AFFIDAVIT OF MAILING TO DEFENDANTS** |

I, David R. Dorey, hereby state that:

On the 2nd day of May, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, addressed to the following, pursuant to Federal Rule of Civil Procedure 4(i)(1)–(2):

United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

Louis DeJoy, Postmaster General
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

Thomas J. Marshall, General Counsel
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

I have received the receipts for the certified mail (attached hereto at pages 2–3), indicating that the delivery of the summonses and complaint was made upon Louis DeJoy and Thomas J. Marshall on the 9th day of May, 2022. I also received the receipt for the delivery of the summonses and complaint upon the United States Postal Service, but it was returned without being completed. Accordingly, I tracked that delivery on USPS's website, which indicates that it was likewise delivered on the 9th day of May, 2022, to USPS's "Front Desk/Reception/Mail Room" (see attachment at page 1).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022

David R. Dorey
DC Attorney I.D. No. 1015586
Email: drdorey@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorney for Plaintiff AFFT*