

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20260 **OFFICIAL USE**

| Certified Mail Fee | $3.75 | 0115 5 |
| --- | --- | --- |
| $ | | |

Extra Services & Fees (check box, add fee as appropriate)     $3.05
- ☐ Return Receipt (hardcopy)        $ $0.00
- ☐ Return Receipt (electronic)      $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required         $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage     $3.16
$

Total Postage and Fees     $9.96
$

Sent To _United States Postal Service_

Street and Apt. No., or PO Box No. _475 L'Enfante Plaza, SW_

City, State, ZIP+4® _Washington DC 20260_

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7019 1640 0000 4359 5729

Postmark: USPS FEDERAL SQ STATION, MAY 2, HARRISBURG, 05/02/2022, 17108

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal Service
475 L'Enfante Plaza, SW
Washington, DC 20260

9590 9402 5127 9092 6478 02

2. Article Number (Transfer from service label)
7019 1640 0000 4359 5729

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

🌐 English   📍 Locations   🎧 Support   ⚡ Informed Delivery   Register / Sign In

**USPS.COM®**   Quick Tools   Send   Receive   Shop   Business   International   Help   🔍

## USPS Tracking®

Tracking | FAQs >

Track Another Package +

Track Packages Anytime, Anywhere   Get the free Informed Delivery® feature to receive automated notifications on your packages   Learn More

Tracking Number: 70191640000043595729     Remove ✕

**Status**

Your item was delivered to the front desk, reception area, or mail room at 9:35 am on May 9, 2022 in WASHINGTON, DC 20260.

✅ **Delivered, Front Desk/Reception/Mail Room**

May 9, 2022 at 9:35 am
WASHINGTON, DC 20260

USPS Tracking Plus® Available ⌄

Get Updates ⌄

Delivered

Attachment page 1



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  RECEIVED  ☐ Agent<br>Office of the PMG  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>MAY  9  2022 |
| 1. Article Addressed to:<br><br>Louis DeJoy<br>United States Postal Service<br>475 L'Enfante Plaza, SW<br>Washington, DC 20260 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6776 1074 3563 89

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☑ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| Insured Mail Restricted Delivery (over $500) | |

2. Article Number *(Transfer from service label)*
7019 1640 0000 4359 5736

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20260   OFFICIAL USE

7019 1640 0000 4359 5736

| Certified Mail Fee $3.75 | | 0115 |
|---|---|---|
| $ | $3.05 | 5 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $3.16 | |
| $ | | |
| Total Postage and Fees | | |
| $ | $9.96 | |

USPS FEDERAL SQ  HARRISBURG PA 17107  MAY 2 2022  05/02/2022

Sent To Louis DeJoy, Postmaster General, USPS
Street and Apt. No., or PO Box No. 475 L' Enfante Plaza SW
City, State, ZIP+4® Washington DC 20260

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Attachment page 2



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas J. Marshall
United States Postal Service
475 L'Enfante Plaza, SW
Washington, DC 20260

9590 9402 5896 0049 3144 74

2. Article Number *(Transfer from service label)*

7019 1640 0000 4359 5712

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Glenda Nwude
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*
GLENDA NWOF

C. Date of Delivery
5-9-22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20260

OFFICIAL USE                    0115 5

Certified Mail Fee  $3.75
$                      $3.05

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here
USPS FEDERAL SQ. STATION
HARRISBURG PA 17108
MAY 2 2022
05/02/2022

Postage  $3.16
$

Total Postage and Fees  $9.96
$

Sent To  Thomas J. Marshall, Gen Counsel, USPS
Street and Apt. No., or PO Box No. 475 L'Enfante Plaza, SW
City, State, ZIP+4® Washington DC 20260

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Attachment page 3