UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE; LOUIS DEJOY, in his official capacity as Postmaster General of the United States Postal Service; and THOMAS J. MARSHALL, in his official capacity as General Counsel of the United States Postal Service,<br><br>    Defendants. | No. 1:22-cv-1183-RCL<br><br>**AFFIDAVIT OF MAILING TO U.S. ATTORNEY** |

I, David R. Dorey, hereby state that:

On the 2nd day of May, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, addressed to the following, pursuant to Federal Rule of Civil Procedure 4(i)(1)–(2):

U.S. Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20530

I have received the receipt for the certified mail (attached hereto), indicating that the delivery of the summons and complaint was made upon the U.S. Attorney for the District of Columbia on the 9th day of May, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022

                                                    David R. Dorey
                                                  DC Attorney I.D. No. 1015586
                                                  Email: drdorey@fairnesscenter.org
                                                  THE FAIRNESS CENTER
                                                  500 North Third Street, Suite 600B
                                                  Harrisburg, Pennsylvania 17101
                                                  Telephone: 844.293.1001
                                                  Facsimile: 717.307.3424

                                                  *Attorney for Plaintiff AFFT*