## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE; LOUIS DEJOY, in his official capacity as Postmaster General of the United States Postal Service; and THOMAS J. MARSHALL, in his official capacity as General Counsel of the United States Postal Service,<br><br>        Defendants. | No. 1:22-cv-1183-RCL<br><br><br>**AFFIDAVIT OF MAILING TO THE ATTORNEY GENERAL OF THE UNITED STATES** |

I, David R. Dorey, hereby state that:

On the 2nd day of May, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, addressed to the following, pursuant to Federal Rule of Civil Procedure 4(i)(1)–(2):

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

I have received the receipt for the certified mail (attached hereto), indicating that the delivery of the summons and complaint was made upon the Attorney General of the United States on the 9th day of May, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022

David R. Dorey
DC Attorney I.D. No. 1015586
Email: drdorey@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorney for Plaintiff AFFT*