# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>　　Defendants. | No. 1:22-cv-1183-RCL<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

　　Pursuant to Local Rule 83.2(d), I, David R. Dorey, a member in good standing of the Bar of this Court, respectfully move this Court for an Order admitting Tessa Elizabeth Shurr to practice before this Court in the above-captioned case. Attached hereto and incorporated herein is a declaration from Ms. Shurr in support of her admission. Ms. Shurr meets all the qualifications for admission stated in Local Rule 83.2.

　　WHEREFORE, I, David R. Dorey, respectfully move this Court for an Order admitting Tessa Elizabeth Shurr to practice before this Court.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 19, 2022　　　　　　　　　　　　**s/ David R. Dorey**
　　　　　　　　　　　　　　　　　　　　　　　　David R. Dorey
　　　　　　　　　　　　　　　　　　　　　　　　DC Attorney I.D. No. 1015586
　　　　　　　　　　　　　　　　　　　　　　　　Email: drdorey@fairnesscenter.org
　　　　　　　　　　　　　　　　　　　　　　　　THE FAIRNESS CENTER
　　　　　　　　　　　　　　　　　　　　　　　　500 North Third Street, Suite 600B
　　　　　　　　　　　　　　　　　　　　　　　　Harrisburg, Pennsylvania 17101
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 844.293.1001
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 717.307.3424

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff AFFT*

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, a copy of the foregoing Motion for Admission *Pro Hac Vice* and supporting documents were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system. Those Defendants without known counsel registered with the Court's CM/ECF system will be served via first-class mail as follows:

UNITED STATES POSTAL SERVICE
475 L'Enfant Plaza, SW
Washington, DC 20260

LOUIS DEJOY, in his official capacity as Postmaster General of the U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

THOMAS J. MARSHALL, in his official capacity as General Counsel of the U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

Respectfully submitted,

Dated: May 19, 2022

**s/ David R. Dorey**
David R. Dorey
DC Attorney I.D. No. 1015586
Email: drdorey@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorney for Plaintiff AFFT*