UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>　　　Defendants. | No. 1:22-cv-1183-RCL<br><br>**DECLARATION OF TESSA ELIZABETH SHURR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Tessa Elizabeth Shurr, declare as follows:

1. I am employed as an attorney at the Fairness Center, attorneys for Plaintiff. My office address is 500 North Third Street, Suite 600B, Harrisburg, Pennsylvania 17101. My telephone number is 844.293.1001.

2. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, and the U.S. District Court for the Eastern District of Pennsylvania.

3. I have not been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court zero times in the last two years.

5. I currently do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar nor have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2022.

*Tessa E. Shurr*
_____
Tessa Elizabeth Shurr
Pa. Attorney I.D. No. 330733