UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>      Defendants. | No. 1:22-cv-1183-RCL<br><br>**ORDER** |

      IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Tessa Elizabeth Shurr is GRANTED. Ms. Shurr is admitted to practice in the United States District Court for the District of Columbia in the above-captioned action.

Dated: _____       _____
                                                      Judge Royce C. Lamberth