UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, *et al.* <br><br> Defendants. | No. 1:22-cv-1183-RCL <br><br> **ORDER** |

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Tessa Elizabeth Shurr is GRANTED. Ms. Shurr is admitted to practice in the United States District Court for the District of Columbia in the above-captioned action.

Dated: 5/27/22

Judge Royce C. Lamberth