## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>    Defendants. | No. 1:22-cv-1183-RCL<br><br>**ENTRY OF APPEARANCE** |

TO THE CLERK:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Americans for Fair Treatment.

Respectfully submitted,

Dated: June 2, 2022

**s/ Tessa E. Shurr**
Tessa E. Shurr (*pro hac vice*)
Pa. Attorney I.D. No. 330733
Email: teshurr@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorney for Plaintiff AFFT*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, a copy of the foregoing entry of appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system. Those Defendants without known counsel registered with the Court's CM/ECF system will be served via first-class mail as follows:

UNITED STATES POSTAL SERVICE
475 L'Enfant Plaza, SW
Washington, DC 20260

LOUIS DEJOY, in his official capacity as Postmaster General of the U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

THOMAS J. MARSHALL, in his official capacity as General Counsel of the U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

Respectfully submitted,

Dated: June 2, 2022

s/ Tessa E. Shurr
Tessa E. Shurr (*pro hac vice*)
Pa. Attorney I.D. No. 330733
Email: teshurr@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorney for Plaintiff AFFT*