UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

    *Plaintiff,*

v.

UNITED STATES POSTAL SERVICE, *et al.,*

    *Defendants.*

Case No. 1:22-cv-1183-RCL

## ORDER

Local Rule 16.3(b)(10) exempts parties to a FOIA action from typical scheduling order requirements. Instead, the government has the burden to produce a *Vaughn* index with a supporting dispositive motion. The Court therefore **ORDERS** the government to file the index and supporting motion within 30 days.

**IT IS SO ORDERED.**

Date: June 13, 2022

Royce C. Lamberth
United States District Judge