UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,   )<br>  )<br>   Plaintiff,   )<br>  )<br>      v.   )<br>  )<br>UNITED STATES POSTAL SERVICE, *et al.*,   )<br>  )<br>   Defendants.   )<br>  ) | Civil Action No. 22-1183 (RCL) |

**CONSENT MOTION TO EXTEND TIME TO FILE MOTION**

On behalf of Defendants United States Postal Service (the "Postal Service"), and others, the undersigned counsel respectfully requests a 16-day extension of time, until July 29, 2022, to file a dispositive motion and *Vaughn* Index in the above Freedom of Information Act ("FOIA") action. Plaintiff consents to the relief requested herein.

In support of this motion, Defendants state as follows:

1. This case involves two FOIA requests that Plaintiff submitted to the Postal Service in February 2022 seeking "all records concerning" (1) the "Privacy Act Statement" contained on the agency's webform through which the public may order rapid antigen COVID-19 tests; and (2) the Postal Service's disclosure to any labor organization of the information it obtained through the COVID-19 test webform. *See* ECF No. 1 ¶ 19 & Exhibit A. In addition, Plaintiff alleges that Defendants violated the Administrative Procedure Act and acted *ultra vires* by placing authority to adjudicate administrative appeals in a person who is not the head of USPS. *Id.* ¶¶ 72, 78.

2. On June 13, 2022, the Court entered an Order directing Defendants to file a *Vaughn* Index with a supporting dispositive motion within 30 days, or by July 13, 2022. ECF No. 11.

3. Due to responsibilities in multiple other civil actions in this Court and in the D.C Circuit during the next three weeks, as well as personal matters, the undersigned requires additional time to assist the Postal Service with the preparation of a *Vaughn* Index and also to prepare a dispositive motion that will assist the Court.

4. The 16-day extension requested by Defendants, if granted, would impact the remainder of the briefing schedule. Plaintiff has requested to file its cross-motion and opposition by September 2, 2022. Defendants consent to that request, which constitutes a 22-day extension of the deadline established by the Local Rules. *See* LCvR 7(b).

5. Pursuant to Local Civil Rule 7(m), on July 6, 2022, the undersigned counsel for Defendants conferred with counsel for Plaintiff to determine whether there is any opposition to the relief sought in this motion. On the same day, counsel for Plaintiff stated that he consents to the relief requested herein.

6. For the foregoing reasons, Defendants respectfully request that the Court grant this motion and allow them to file a *Vaughn* Index and dispositive motion by July 29, 2022, and that Plaintiff be allowed to file its opposition and cross-motion by September 2, 2022. A proposed Order accompanies this motion.

Dated:  July 7, 2022	Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

      /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendants*