UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1183 (RCL) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time to File Motion, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Court's Order of June 13, 2022, ECF No. 11, shall be modified as follows:

(1) Defendants' motion for summary judgment and *Vaughn* index shall by due by July 29, 2022; and

(2) Plaintiff's cross-motion for summary judgment and opposition is due by September 2, 2022.

SO ORDERED this _____ day of _____, 2022.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE