UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES POSTAL SERVICE, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 22-1183 (RCL) |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rules of Civil Procedure 12(c) and 56 and the Court's Minute Order of July 12, 2022, ECF No. 13, Defendants United States Postal Service, Postmaster General Louis DeJoy, and General Counsel Thomas J. Marshall, respectfully move for summary judgment as to all of Plaintiff's claims.  This motion is accompanied by a Memorandum of Law, the Declaration of Janine Castorina, the exhibits attached thereto, a Statement of Undisputed Material Facts, and a proposed Order.

Dated:  July 29, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

       /s/ *Paul Cirino*       
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*