UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion for Summary Judgment and Judgment on the Pleadings, and the entire record herein, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that summary judgment is granted in favor of Defendants with respect to Counts One and Two of the Complaint, and it is further

ORDERED that judgment on the pleadings is granted in favor of Defendants with respect to Counts Three and Four of the Complaint.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE