UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. POSTAL SERVICE ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Civil Action No. 22-1183 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please notice the appearance of Patricia K. McBride, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: August 25, 2022
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
     PATRICIA K. MCBRIDE
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     202-252-7123

*Attorneys for the United States of America*