UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES POSTAL SERVICE, *et al.*, )<br> )<br>Defendants. )<br> ) | Civil Action No. 22-1183 (RCL) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rules 83.2(h) and 83.6(b), the Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Paul Cirino as counsel of record for Defendants in the above-captioned case. Defendants will continue to be represented in this matter by Assistant United States Attorney Patricia K. McBride.

Dated: August 29, 2022                           Respectfully submitted,

                                                       /s/ *Paul Cirino*
                                                  PAUL CIRINO, D.C. Bar #1684555
                                                  Assistant United States Attorney
                                                  Civil Division
                                                  U.S. Attorney's Office for the District of Columbia
                                                  601 D Street, N.W.
                                                  Washington, D.C. 20530
                                                  Telephone: (202) 252-2529
                                                  Facsimile: (202) 252-2599
                                                  paul.cirino@usdoj.gov