UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, *et al.* <br><br> Defendants. | No. 1:22-cv-1183-RCL <br><br><br> **[PROPOSED] ORDER** |

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants' Motion for Summary Judgment and Judgment on the Pleadings and supporting briefs and documents and any responses and replies thereto, and finding good cause exists, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment and Judgment on the Pleadings is DENIED.

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge