UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, *et al.* <br><br> Defendants. | No. 1:22-cv-1183-RCL <br><br><br> **PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Americans for Fair Treatment ("AFFT") respectfully moves this Court for summary judgment as to all of Plaintiff's claims. In support thereof, AFFT concurrently submits a memorandum of law, statement of material facts, and the declaration of Elisabeth Kines Messenger with exhibits. Plaintiff seeks the following relief:

1. Consideration of this lawsuit on an expedited basis pursuant to 28 U.S.C. § 1657(a).

2. An *in camera* review of the five records Defendant United States Postal Service ("USPS") identified and produced to AFFT.

3. Declaratory and injunctive relief requiring USPS to promptly produce all non-exempted, non-excluded records that are responsive to AFFT's FOIA request (*i.e.*, remove the impermissible redactions and produce complete records).

4. Declaratory and injunctive relief requiring USPS to promptly conduct a good faith search for records that are responsive to AFFT's FOIA request and to demonstrate that USPS has employed search methods that are reasonably expected to produce the information AFFT requested, pursuant to 5 U.S.C. § 552(a)(4)(B).

5. Declaratory and injunctive relief requiring USPS to produce to AFFT by a date certain the records its new searches identify and to produce those records in a manner that is

consistent with FOIA (produce all non-exempted, non-excluded records or parts thereof, and to produce a *Vaughn* index that adequately explains any reasons for withholding information from those records).

6. An injunction prohibiting USPS from continuing to withhold any non-exempted, non-excluded information or records that are responsive to AFFT's FOIA request pursuant to 5 U.S.C. § 552(a)(4)(B).

7. A written finding that USPS personnel's actions in respect to AFFT's FOIA request raise questions whether USPS personnel acted arbitrarily and capriciously, and a referral of this matter to the Office of Special Counsel pursuant to 5 U.S.C. § 552(a)(4)(F).

8. A written finding that USPS is subject to the Administrative Procedure Act when it is carrying out its government responsibilities, including complying with the FOIA.

9. An order as to all Defendants holding unlawful and setting aside USPS's FOIA regulations to the extent that they vest authority to adjudicate FOIA administrative appeals in a person who is not the head of USPS pursuant to 5 U.S.C. §§ 702 and 706, *ultra vires* review, and 5 U.S.C. § 552(a)(6)(A)(i)(III)(aa).

10. An order as to all Defendants holding unlawful and setting aside the USPS general counsel's "OPINION AND ORDER" entered in this FOIA matter pursuant to 5 U.S.C. §§ 702 and 706, *ultra vires* review, and 5 U.S.C. § 552(a)(6)(A)(i)(III)(aa).

11. An order awarding attorneys' fees and other litigation costs reasonably incurred in this action pursuant to FOIA, 5 U.S.C. § 552(a)(4)(E), and the Equal Access to Justice Act, 28 U.S.C. § 2412.

12. An order granting such other and further relief as the Court may deem just and proper.

            Respectfully submitted,

Dated: September 2, 2022    /s/ David R. Dorey
            David R. Dorey
            DC Attorney I.D. No. 1015586
            Email: drdorey@fairnesscenter.org
            Tessa E. Shurr *(pro hac vice)*
            Pa. Attorney I.D. No. 330733
            Email: teshurr@fairnesscenter.org
            THE FAIRNESS CENTER
            500 North Third Street, Suite 600B
            Harrisburg, Pennsylvania 17101
            Telephone: 844.293.1001
            Facsimile: 717.307.3424

            *Attorneys for Plaintiff AFFT*