UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants the United States Postal Service (the "Postal Service"), and others, the undersigned counsel respectfully requests a 33-day extension of time, until October 12, 2022, to file a Reply and Opposition in the above Freedom of Information Act ("FOIA") action. The filing is currently due on September 9, 2022. Plaintiff consents to the relief requested herein. In support of this motion, Defendants state as follows:

1. Undersigned counsel was recently assigned to handle this matter due and needs additional time to get up to speed in this case and draft a Reply and Opposition to Plaintiff's Cross Motion and Opposition filed on September 2, 2022. The 33-day extension requested by Defendants, if granted, would impact the remainder of the briefing schedule. Plaintiff has requested to file its reply in support of its cross-motion and opposition by November 4, 2022.

2. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants conferred with counsel for Plaintiff to determine whether there is any opposition to the relief sought in this motion. On the same day, counsel for Plaintiff stated that he consents to the relief requested herein.

- 2 -

3. For the foregoing reasons, Defendants respectfully request that the Court grant this motion and allow them to file a Reply and Opposition by October 12, 2022, and that Plaintiff be allowed to file its reply in support of its cross-motion and opposition by November 4, 2022. A proposed Order accompanies this motion.

Dated: September 7, 2022
      Washington, DC

                      Respectfully submitted,

                      MATTHEW M. GRAVES, D.C. Bar. #481052
                      United States Attorney

                      BRIAN P. HUDAK
                      Chief, Civil Division

By: _____/s/_____
                      PATRICIA KING MCBRIDE
                      Assistant United States Attorney
                      601 D Street, NW
                      Washington, DC 20530
                      202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, *et al.*, )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action No. 22-1183 (RCL) |

### **ORDER [Proposed]**

Upon consideration of Defendant's Motion for an extension of time to file its Reply and Opposition to Plaintiff's Cross motion and adjust the current Briefing Schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** the following briefing schedule:

- Reply and Opposition to Cross Motion due October 12, 2022

- Reply in Support of its Cross Motion and Opposition due November 4, 2022

SO ORDERED.


Date: _____          _____
                              United States District Judge