# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1183 (RCL) |
| | ) | |
| UNITED STATES POSTAL SERVICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Special Assistant United States Attorney

Michael E. Yohannan as counsel for Defendants in this matter.


October 7, 2022                                Respectfully submitted,


                                                 /s/ *Michael E. Yohannan*
                                               Michael E. Yohannan
                                               Pennsylvania Bar Number 307575
                                               Special Assistant United States Attorney
                                               601 D Street NW
                                               Washington, D.C. 20570
                                               (202)-815-8969
                                               Michael.Yohannan@usdoj.gov