UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-1183 (RCL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants United States Postal Service (the "Postal Service"), Postmaster General Louis DeJoy, and General Counsel Thomas J. Marshall move respectfully for a two-week extension to October 26, 2022, to submit its reply in support of its Motion for Summary Judgment and Motion for Judgment on the Pleadings (ECF No. 14) ("Defendants' Motion") and its response to Plaintiff's Cross Motion (ECF No. 18). Counsel for the parties conferred consistent with Local Civil Rule 7(m) and Plaintiff consents to the requested relief. As an initial matter, the undersigned apologies to the Court and Plaintiff for seeking additional time on the due date. As elaborated below, it is only out of absolute necessity that Defendants seek this extension.

1. This case involves a FOIA requests that Plaintiff submitted to the Postal Service in February 2022 seeking "all records concerning" (1) the "Privacy Act Statement" contained on the agency's webform through which the public may order rapid antigen COVID-19 tests; and (2) the Postal Service's disclosure to any labor organization of the information it obtained through the COVID-19 test webform. *See* ECF No. 1 ¶ 19 & Exhibit A. In addition, Plaintiff

alleges that Defendants violated the Administrative Procedure Act and acted *ultra vires* by placing authority to adjudicate administrative appeals in a person who is not the head of USPS. *Id.* ¶¶ 72, 78.

2.   On July 29, 2022, Defendants moved for summary judgment and judgment on the pleadings.  On September 2, 2022, Plaintiff filed its opposition to Defendants' Motion and its Cross Motion for Summary Judgment.  After the Court granted an unopposed motion for an extension of time, the deadline for Defendants' reply and opposition to the Cross Motion was set to October 12, 2022, which is today.

3.   Good cause to extend this deadline exists. The undersigned continues to discuss with agency counsel the Postal Service's withholdings in light of Plaintiff's arguments, evaluating whether the Postal Service should release additional information to narrow the issues in dispute.

4.   During that review process of the draft brief, which was not completed until after the close-of-business hours, the undersigned's supervisors identified issues that require additional coordination with the agency.  Those issues may also require substantial revision to the draft brief.

5.   The undersigned promptly reached out to Plaintiff's counsel for consent on an extension of time and counsel promptly replied and generously consented to Defendants' request for a two-week extension.  In that vein, Plaintiff similarly requests that its Reply deadline be extended to November 18, 2022.  Defendants consent to that request.

6.   This motion is not intended to delay the case.  A two-week extension will allow the Government to further analyze its position in this case and file a brief that accurately reflects the position of the Postal Service in this litigation.

7.   If this motion is granted, it would be Defendants' third extension in this case.

8.      The undersigned deeply regrets filing this extension motion the filing deadline and appreciates the Court's patience and understanding.

Dated: October 12, 2022                    Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  D.C. Bar #481052

                                                  BRIAN P. HUDAK
                                                  Chief, Civil Division


                                        By: */s/ Michael E. Yohannan*
                                                  MICHAEL E. YOHANNAN,
                                                  Pennsylvania Bar No. 307575
                                                  Special Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, DC 20530
                                                  (202) 815-8969
                                                  Michael.Yohannan@usdoj.gov

                                                  *Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>*Defendants*. | Civil Action No. 22-1183 (RCL) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time and the entire record herein, it is hereby ORDERED that Defendants' Motion is hereby GRANTED. It is further ORDERED that Defendants shall file their reply by October 26, 2022, and Plaintiff shall file its reply by November 18, 2022

SO ORDERED.

Dated

Hon. ROYCE C. LAMBERTH
United States District Court Judge