UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>      Defendants. | No. 1:22-cv-1183-RCL |

**CONSENT MOTION TO RESET**
**BRIEFING SCHEDULE FOR PARTIAL MOTION TO DISMISS**

Plaintiff Americans for Fair Treatment ("AFFT") respectfully moves this Court to reset the briefing schedule for Defendants' Partial Motion to Dismiss. Pursuant to Local Civil Rule 7(m), Plaintiff has conferred with the Defendants, and they consent to the requested relief.

In support of this motion, AFFT states:

1. There are three motions currently pending before this Court at various stages of briefing: (1) Defendants' Motion for Summary Judgment and Judgment on the Pleadings (ECF No. 14); (2) AFFT's Cross-Motion for Summary Judgment (ECF No. 18); and (3) Defendants' Partial Motion to Dismiss (ECF No. 24).

2. Defendants unexpectedly filed the last of the three motions on October 28, 2022.

3. AFFT's current deadline to oppose that motion is November 14, 2022.

4. AFFT's deadline to reply in support of its Cross-Motion for Summary Judgment is just four days later—November 18, 2022.

5. Defendants' current deadline to file a reply in support of their Partial Motion to Dismiss is November 21, 2022.

6. Given the close proximity of AFFT's two deadlines, undersigned counsel's litigation schedule, and the rapidly approaching Thanksgiving holiday, AFFT respectfully requests the following modifications to the briefing schedule for the Partial Motion to Dismiss:

    a. Set AFFT's deadline to file its opposition to Defendants' Partial Motion to Dismiss to **December 2, 2022**; and

    b. Set Defendants' deadline to file their Reply in Support of their Partial Motion to **December 16, 2022**.

7. The purpose of this motion is not to unjustifiably delay the resolution of this case. This extension request is carefully tailored to allow AFFT to appropriately and thoroughly oppose Defendants' Partial Motion to Dismiss without compromising the quality of its Reply in Support of its Cross-Motion for Summary Judgment.

Respectfully submitted,

November 4, 2022

/s/ David R. Dorey
David R. Dorey
DC Attorney I.D. No. 1015586
Email: drdorey@fairnesscenter.org
Tessa E. Shurr (*pro hac vice*)
Pa. Attorney I.D. No. 330733
Email: teshurr@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424
*Attorneys for Plaintiff AFFT*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, *et al.* <br><br> Defendants. | No. 1:22-cv-1183-RCL |

# [PROPOSED] ORDER

AND NOW, this _____ day of November, 2022, upon consideration of AFFT's Consent Motion to Reset Briefing Schedule for Partial Motion to Dismiss, and finding good cause exists, IT IS HEREBY ORDERED that AFFT's Consent Motion to Reset Briefing Schedule for Partial Motion to Dismiss is GRANTED. It is FURTHER ORDERED as follows:

1. AFFT shall file its opposition to Defendants' Partial Motion to Dismiss by December 2, 2022; and

2. Defendants shall file their reply by December 16, 2022.

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge

Cc: Michael E. Yohannan
Patricia K. McBride
*Attorneys for Defendants*
601 D Street, NW
Washington, D.C. 20530