## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>        Defendants. | **No. 1:22-cv-1183-RCL** |

### SECOND DECLARATION OF ELISABETH KINES MESSENGER

I, Elisabeth Kines Messenger, make the following Second Declaration in lieu of affidavit in accordance with the provisions of 28 U.S.C. § 1746. I understand that my declaration may be introduced into the record of the above-captioned action, or any other grievance, administrative proceeding, or suit pending in a court of law.

1.    I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.    I am the interim chief executive officer of Americans for Fair Treatment ("AFFT"), which is Plaintiff in this action.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of information obtained from FOIA.gov showing that USPS received 149 FOIA administrative appeals in Fiscal Year 2020.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of information obtained from FOIA.gov showing that USPS received 210 FOIA administrative appeals in Fiscal Year 2021.

5.    FOIA.gov does not presently contain any information about USPS's FOIA administrative appeals in Fiscal Year 2022.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on

November 18, 2022.

Elisabeth Kines Messenger

Exhibit 1



An official website of the United States government
Here's how you know



 FOIA.gov

 MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

# Report Results

## Received, Processed and Pending Administrative Appeals

| Agency | Component | Fiscal Year | Number of Appeals Pending as of Start of Fiscal Year | Number of Appeals Received in Fiscal Year | Number of Appeals Processed in Fiscal Year | Number of Appeals Pending as of End of Fiscal Year |
|---|---|---|---|---|---|---|
| United States Postal Service | OIG | 2020 | 3 | 16 | 18 | 1 |
| United States Postal Service | PIS | 2020 | 0 | 0 | 0 | 0 |
| United States Postal Service | PS | 2020 | 0 | 2 | 0 | 2 |
| United States Postal Service | PS & PIS | 2020 | 10 | 131 | 115 | 26 |
| United States Postal Service | Agency Overall | 2020 | 13 | 149 | 133 | 29 |

 FOIA.gov

## CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit, CC3.0

| DEVELOPER RESOURCES, FOIA API & FOIA CONTACT LIST

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV

Exhibit 2

11/4/22, 10:27 AM
Case 1:22-cv-01183-RCL Document 26-1 Filed 11/18/22 Page 7 of 8
FOIA.gov - Freedom of Information Act: Data



An official website of the United States government
Here's how you know





MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

# Report Results

## Received, Processed and Pending Administrative Appeals

| Agency | Component | Fiscal Year | Number of Appeals Pending as of Start of Fiscal Year | Number of Appeals Received in Fiscal Year | Number of Appeals Processed in Fiscal Year | Number of Appeals Pending as of End of Fiscal Year |
|---|---|---|---|---|---|---|
| United States Postal Service | OIG | 2021 | 1 | 14 | 8 | 7 |
| United States Postal Service | PIS | 2021 | 0 | 0 | 0 | 0 |
| United States Postal Service | PS | 2021 | 2 | 10 | 12 | 0 |
| United States Postal Service | PS & PIS | 2021 | 26 | 186 | 198 | 14 |
| United States Postal Service | Agency Overall | 2021 | 29 | 210 | 218 | 21 |



FOIA.gov

## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit, CC3.0

| DEVELOPER RESOURCES, FOIA API & FOIA CONTACT LIST

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV