UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>　　　　Defendants. | No. 1:22-cv-1183-RCL |

## THIRD DECLARATION OF ELISABETH KINES MESSENGER

I, Elisabeth Kines Messenger, make the following Third Declaration in lieu of affidavit in accordance with the provisions of 28 U.S.C. § 1746. I understand that my declaration may be introduced into the record of the above-captioned action, or any other grievance, administrative proceeding, or suit pending in a court of law.

1.　　I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.　　I am the interim chief executive officer of Americans for Fair Treatment ("AFFT"), which is Plaintiff in this action.

3.　　AFFT submitted to USPS a second FOIA request on September 2, 2022 ("Request 2"). Attached hereto as **Exhibit 1** is a true and correct copy of Request 2.

4.　　The information AFFT sought in Request 2 is identical to that AFFT sought in its first FOIA request of February 7, 2022 ("Request 1"), except that Request 2 seeks records that were created after USPS searched for records to respond to Request 1 (*i.e.*, those created after Request 1's "cut-off date.").

1

5. USPS initially responded to Request 2 on September 20, 2022, and informed AFFT that there were no responsive records beyond the redacted documents it produced in response to AFFT's administrative appeal of Request 1. Attached hereto as **Exhibit 2** is a true and correct copy of USPS's Request 2 response.

6. USPS, by counsel, informed AFFT on November 3, 2022, that USPS is "reprocessing" Request 2 and, on November 27, 2022, that USPS "is taking deliberate steps to complete its processing of [Request 2]."

7. USPS, by counsel, informed AFFT on November 7, 2022, that AFFT's time to file an administrative appeal of USPS's response to Request 2 is tolled "until USPS issues its revised response" to Request 2.

8. Until USPS produces records that show what USPS has done with the personal information of over half of American households that it obtained through its COVID-19 webform with respect to labor unions, AFFT intends to periodically continue submitting FOIA requests to USPS. If USPS's responses to those requests are non-compliant with FOIA, AFFT intends to administratively appeal them.

9. If USPS's FOIA administrative appeal procedure becomes compliant with FOIA, AFFT would then be able to appeal any deficient response to Request 2 and any later FOIA requests to the postmaster general.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2022.

*Elisabeth Messenger*

Elisabeth Kines Messenger

# Exhibit 1

**AFFT | AMERICANS FOR FAIR TREATMENT**

Elisabeth Kines
225 State Street, Suite 301
Harrisburg, PA 17101
Elisabeth@afft.org

September 2, 2022

FOIA Officer
United States Postal Service
By email to: FOIA12@usps.gov

Re: **FOIA Request About COVID-19 Test Webform**

Dear USPS FOIA Officer:

My name is Elisabeth Kines, and I am the National Executive Director of Americans for Fair Treatment (AFFT), a 501(c)(3) nonprofit organization that works to educate public sector employees about their constitutional rights around union membership.

**FOIA Request.** This is a Freedom of Information Act request to the United States Postal Service (USPS) pursuant to 5 U.S.C. § 552. The request is a follow-up to a FOIA request AFFT submitted to USPS on February 7, 2022 (No. 2022-FPRO-00906). AFFT hereby requests:

1. All records concerning the "Privacy Act Statement" that until September 2, 2022, was contained on USPS's webform through which members of the public could order rapid antigen COVID-19 tests (https://special.usps.com/testkits). The records requested include, *but are not limited to*, those that reflect USPS's decision to depart from using its default "Privacy Act notice' that is "for personal information collected online" (which is published at https://about.usps.com/who/legal/privacy-policy/full-privacy-policy.htm) and instead to use a "Privacy Act Statement" that said USPS may, without consent, disclose information it obtains about the public through the COVID-19 test webform to "labor organizations as required by applicable law."

2. All records concerning USPS's disclosure to any labor organization of information it obtained through the COVID-19 test webform.

These requests are specifically limited to records that were created on or after the cut-off date USPS used for its search(es) in response to AFFT's first FOIA request (No. 2022-FPRO-00906).

**Expedited Treatment.** I request that USPS grant expedited treatment for this FOIA request because there is a compelling need. AFFT primarily engages in disseminating information to the public. The information AFFT seeks through this request is urgently needed to inform the public of USPS's actual or alleged governmental activity—its provision of the public's sensitive information, including full names, email addresses, and shipping addresses, to labor organizations without consent. In addition, the public should understand why USPS departed from its published Privacy Act notice just for the COVID-19 webform but for no other situation I have identified. AFFT seeks to learn and educate the public about why USPS would provide

sensitive information that is covered by the Privacy Act to labor organizations and the extent to which it has done so. I hereby certify that this is true to the best of my knowledge and belief.

**Fee Waiver.** AFFT requests a fee waiver for this FOIA request. Disclosure of the information AFFT seeks is in the public interest because it is likely to contribute significantly to the public understanding of the operations and activities of USPS in collecting, protecting, and disseminating sensitive Privacy Act-covered information without consent. Nor is the information AFFT has requested primarily in its commercial interest.

**Production.** Please produce responsive records in electronic form in lieu of paper production (preferably via email to the email address listed on the first page of this request). If a portion of responsive records may be produced more readily than the remainder, AFFT requests that those records be produced first, and the remaining records produced on a rolling basis. If redaction under 5 U.S.C. § 552(b) can make any responsive but exempt material nonexempt, please produce such materials in redacted form.

Thank you in advance for your prompt attention to this important matter in the public interest.

Sincerely,

Elisabeth Kines

Elisabeth Kines
225 State Street

Elisabeth Kines
National Executive Director
Americans for Fair Treatment

# Exhibit 2

PRIVACY AND RECORDS MANAGEMENT OFFICE



September 20, 2022

Elisabeth Kines
225 State Street, Suite 301
Harrisburg, PA 17101

VIA EMAIL:   Elisabeth@afft.org

RE:  FOIA Case No. 2022-FPRO-02199

Dear Ms. Kines:

This is in response to your Freedom of Information Act (FOIA) request dated September 6, 2022, to the United States Postal Service (USPS), in which you request the following:

1. All records concerning the "Privacy Act Statement" that until September 2, 2022, was contained on USPS's webform through which members of the public could order rapid antigen COVID-19 tests (https://special.usps.com/testkits).  The records requested include, but are not limited to, those that reflect USPS's decision to depart from using its default "Privacy Act notice" that is "for personal information collected online" (which is published at https://about.usps.com/who/legal/privacy-policy/full-privacy-policy.htm) and instead to use a "Privacy Act Statement" that said USPS may, without consent, disclose information it obtains about the public through the COVID-19 test webform to "labor organizations as required by applicable law."

2. All records concerning USPS's disclosure to any labor organization of information it obtained through the COVID-19 test webform.

Under the FOIA, 5 U.S.C. § 552, agencies are required to produce records responsive to a request in accordance with statutory time frames, subject to certain exemptions.  The FOIA provides nine exemptions under which records or portions of records may be withheld from public disclosure.
5 U.S.C. §§ 552(b)(1) – (9).

In response to your request, there are no new records responsive beyond the 9-pages of documents attached to the appeal (#2022-APP-00100) response dated April 6, 2022, of FOIA request #2022-FPRO-00906.  Additionally, as of the date of this letter, there have been no information or records disclosed to any of the labor organizations, therefore, there are no records in response to your request.

If you are not satisfied with the response to this request, you may file an administrative appeal within 90 days of the date of this response letter by writing to the General Counsel U.S. Postal Service 475 L'Enfant Plaza SW Washington, DC 20260 or via email at FOIAAppeal@usps.gov.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. The letter of appeal should include, as applicable:

(1) A copy of the request, of any notification of denial or other action, and of any other related correspondence;
(2) The FOIA tracking number assigned to the request;
(3) A statement of the action, or failure to act, from which the appeal is taken;

475 L'ENFANT PLAZA SW, RM. 1P830
WASHINGTON DC  20260-1101
(202) 268-2608
FAX:  (202) 268-5353

- 2 -

(4) A statement identifying the specific redactions to responsive records that the requester is challenging;
(5) A statement of the relief sought; and
(6) A statement of the reasons why the requester believes the action or failure to act is erroneous.

For further assistance and to discuss any aspect of your request, you may contact any of the following:

- Name of agency official that processed your request and FOIA Requester Service Center:

    PRIVACY & RECORDS MANAGEMENT OFFICE
    US POSTAL SERVICE
    475 L'ENFANT PLAZA SW RM 1P830
    WASHINGTON DC 20260-1101
    Phone: (202) 268-2608
    Fax: (202) 268-5353
    Marthea Hodge, Sr. Government Information Specialist

- FOIA Public Liaison: Nancy Chavannes (Can be contacted at the above Requester Service Center address and phone number)

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Thank you for your continued interest in the United States Postal Service.

Sincerely,

*Marthea Hodge*

Marthea Hodge
Sr. Government Information Specialist