UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>    Defendants. | No. 1:22-cv-1183-RCL<br><br><br>[PROPOSED] ORDER |

AND NOW, this _____ day of _____, 20__, upon consideration of Defendants' Motion to Dismiss Counts 3 and 4 for Lack of Standing and supporting briefs and documents and any responses and replies thereto, and finding good cause exists, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Counts 3 and 4 for Lack of Standing is DENIED.

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge

cc:    David R. Dorey
       Tessa E. Shurr
       THE FAIRNESS CENTER
       500 North Third Street, Suite 600B
       Harrisburg, Pennsylvania 17101

       Michael E. Yohannan
       Patricia K. McBride
       U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
       601 D Street, N.W.
       Washington, D.C. 20530