UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>*Defendants*. | Civil Action No. 22-1183 (RCL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants United States Postal Service ("the Postal Service"), Postmaster General Louis DeJoy, and General Counsel Thomas J. Marshall, respectfully move, by and through the undersigned counsel, for a one-week extension to December 23, 2022, to submit its reply in support of its Partial Motion to Dismiss (ECF No. 24). The parties conferred and Plaintiff does not oppose the requested relief. As elaborated below, a brief extension is appropriate given the undersigned's multiple immediate deadlines in the next week and will not delay the case.

1. This case involves a FOIA request that Plaintiff submitted to the Postal Service in February 2022 seeking "all records concerning" (1) the "Privacy Act Statement" contained on the agency's webform through which the public may order rapid antigen COVID-19 tests; and (2) the Postal Service's disclosure to any labor organization of the information it obtained through the COVID-19 test webform. *See* ECF No. 1 ¶ 19 & Exhibit A.  In addition, Plaintiff alleges that Defendants violated the Administrative Procedure Act and acted *ultra vires* by

placing authority to adjudicate administrative appeals in a person who is not the head of USPS. *Id.* ¶¶ 72, 78.

2. The parties' respective motions for summary judgment on the FOIA issues are now fully briefed to the Court. On October 28, 2022, Defendant moved partially to dismiss counts three and four of the Complaint. Plaintiff filed its opposition to that motion on December 2, 2022. Defendant's reply is currently due on December 16, 2022.

3. Good cause to extend this deadline exists in light of the undersigned's immediate litigation deadlines over the next seven days, including a reply and a pretrial brief. A brief additional extension will allow the undersigned to adequately address the arguments in Plaintiff's opposition brief.

4. The undersigned reached out to Plaintiff's counsel for consent on an extension of time and counsel promptly replied and generously consented to Defendants' request for a one-week extension.

5. This motion is not intended to delay the case. A one-week extension will allow the Government to further analyze its position in this case and file a brief that accurately reflects the position of the Postal Service on this issue.

6. If this motion is granted, it would be Defendants' fourth extension in this case. No other deadlines in the case would be affected.

Dated: December 12, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Michael E. Yohannan*
    MICHAEL E. YOHANNAN,
    Pennsylvania Bar No. 307575
    Special Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 815-8969
    Michael.Yohannan@usdoj.gov

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al*.<br><br>*Defendants*. | Civil Action No. 22-1183 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time, it is hereby ORDERED that Defendant shall file its reply in support of its partial motion to dismiss by December 23, 2022.

SO ORDERED.

_____                                _____
Dated                                                                          Hon. ROYCE C. LAMBERTH
                                                                                     United States District Court Judge