UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>*Defendants.* | Civil Action No. 22-1183 (APM) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Dhruman Y. Sampat as counsel of record for the Defendant in the above-captioned case and remove Special Assistant United States Attorney Michael E. Yohannan as counsel for Defendant.

Date:   March 30, 2023
        Washington, DC

Respectfully submitted,

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
N.J. Bar No. 270892018
Special Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6655
Fax: (202) 252-2599
dhruman.sampat@usdoj.gov

*Attorney for Defendants*