UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-1183 (RCL)<br>)<br>)<br>)<br>)<br>) |

## JOINT PROPOSED SCHEDULE

Pursuant to this Court's order dated March 23, 2023 (ECF No. 31), Plaintiff Americans for Fair Treatment (AFFT) and Defendants United States Postal Service (USPS), Postmaster General Louis DeJoy, and General Counsel Thomas J. Marshall (collectively, "the Parties") jointly submit the following proposed schedule for further proceedings. The Parties propose submitting a joint status report in ninety (90) days, when the parties will update the Court as to the status of Defendant's new search, the new *Vaughn* index, and supporting affidavits. The proposed timeline is necessary in light of the burden on Defendant in conducting the new search.

USPS is currently using an email retention system that was implemented in 2009. USPS's antiquated system does not allow for quick retrieval of emails because USPS must conduct its search in a system that contains every email dating back to 2009. Accordingly, USPS will require sufficient time to perform a new search in accordance with the Court's memorandum opinion dated March 23, 2023 (ECF No. 30). Once the search has been conducted, Defendant will require time to prepare any updated *Vaughn* index and supporting affidavits.

Additionally, the Parties have been discussing efforts to resolve this matter without further briefing. The Parties will continue their discussions in a good faith effort to narrow or eliminate areas of dispute.

Accordingly, the Parties propose submitting a joint status report in 90 days, no later than **July 5, 2023**, to advise the Court as to the status of USPS's new search, new *Vaughn* index, supporting affidavits, and discussing if further court involvement will be required.

Dated: April 6, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ David R. Dorey<br>DAVID R. DOREY<br>DC Attorney I.D. No. 1015586<br>Email: drdorey@fairnesscenter.org<br>TESSA E. SHURR<br>D.D.C. Bar No. PA0124<br>Email: teshurr@fairnesscenter.org<br>THE FAIRNESS CENTER<br>500 North Third Street, Suite 600B<br>Harrisburg, Pennsylvania 17101<br>Telephone: 844.293.1001<br>Facsimile: 717.307.3424<br><br>*Attorneys for Plaintiff AFFT* | MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK,<br>Chief, Civil Division<br><br>*s/ Dhruman Y. Sampat*<br>DHRUMAN Y. SAMPAT<br>NJ Bar No. 270892018<br>Special Assistant United States Attorney<br>U.S. Attorney's Office<br>Civil Division<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Tel.: (202) 252-6655<br>dhruman.sampat@usdoj.gov<br><br>*Counsel for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1183 (RCL) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' joint proposed schedule, it is hereby

ORDERED that the parties will submit a joint status report by July 5, 2023.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE