UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, *Plaintiff*, v. UNITED STATES POSTAL SERVICE, *et al.*, *Defendants*. | Civil Action No. 22-1183 (RCL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Patricia K. McBride, Assistant U.S. Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: April 7, 2023
    Washington, D.C.

Respectfully submitted,

*/s/ Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7123
patricia.mcbride@usdoj.gov

*Attorney for the United States of America*