UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 22-1183 (RCL) |

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of the Parties' joint proposed schedule, it is hereby

ORDERED that the parties will submit a joint status report by July 5, 2023.

IT IS SO ORDERED this 19th day of ___April___, 2023.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE