UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>  Defendants. | No. 1:22-cv-1183-RCL<br><br>**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(d), AFFT respectfully requests permission to file a supplemental complaint demonstrating that it has standing to assert Counts III and IV of its original complaint (ECF No. 1). This motion is accompanied by a memorandum of law, a proposed supplemental complaint, and a proposed order. Pursuant to Local Rule 7(m), counsel for all parties conferred about this motion; Defendants oppose the relief AFFT seeks.

|  |  |
|---|---|
| Dated: May 19, 2023 | Respectfully submitted,<br><br>**/s/ David R. Dorey**<br>David R. Dorey<br>DC Attorney I.D. No. 1015586<br>Email: drdorey@fairnesscenter.org<br>Tessa E. Shurr<br>D.D.C. Bar No. PA0124<br>Email: teshurr@fairnesscenter.org<br>THE FAIRNESS CENTER<br>500 North Third Street, Suite 600B<br>Harrisburg, Pennsylvania 17101<br>Telephone: 844.293.1001<br>Facsimile: 717.307.3424<br><br>*Attorneys for Plaintiff AFFT* |