# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, | |
| Plaintiff, | No. 1:22-cv-1183-RCL |
| v. | |
| UNITED STATES POSTAL SERVICE, *et al.*, | [PROPOSED] ORDER |
| Defendants. | |

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Opposed Motion for Leave to File Supplemental Complaint, and finding good cause exists, IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff shall file its supplemental complaint on or by _____ _____, 2023.

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge

cc:    David R. Dorey
Tessa E. Shurr
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101

Dhruman Y. Sampat
Special Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530