UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,  )<br>  )<br>  *Plaintiff*,   )<br>  )<br>  v.      )<br>  )<br>UNITED STATES POSTAL SERVICE, et al., )<br>  )<br>  *Defendants*.   )<br>  ) | Civil Action No. 22-1183 (RCL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE**

By and through undersigned counsel, Defendants United States Postal Service (USPS), Postmaster General Louis DeJoy, and General Counsel Thomas J. Marshall ("Defendants") respectfully moves to extend the deadline to respond to Plaintiff's Motion for Leave to File a Supplemental Complaint in this matter by 21 days—i.e., until June 23, 2023. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

On May 19, 2023, Plaintiff Americans for Fair Treatment filed a motion for leave to file a supplemental complaint in an effort to correct the standing deficiencies that the Court previously identified. *See* ECF No. 36. Defendants' deadline to file their opposition is currently June 2, 2023. *See* LCvR 7(b).

Defendants have been working diligently to prepare their opposition to Plaintiff's motion and need a short extension to complete it. Defendants seek additional time to review and consider Plaintiff's arguments. In just the past week, undersigned counsel's schedule has substantially changed. Defendants' counsel is assisting with a motion to dismiss, or in the alternative, a motion

for summary judgment that must be filed by June 9, 2023. Accordingly, undersigned counsel must familiarize himself with the relevant record of draft significant portions of the motion and will do so over the two weeks. Although undersigned counsel will continue working on both matters to the best of his ability, the additional time is necessary to ensure that undersigned counsel can finalize all upcoming filings with support materials, along with providing sufficient time for the internal review. Additionally, Defendants' counsel learned last Thursday that he will be on annual leave for a substantial portion of the week of June 12, 2023.

This request is not being made to cause any unnecessary delay or prejudice to either party nor will the request significantly affect the timing for when this Court can resolve this matter. Defendants are requesting a short extension, only what is necessary to finalize Defendants' opposition here considering other upcoming deadlines and upcoming leave.

WHEREFORE, for the foregoing reasons, Defendants respectfully requests the Court granted Defendants' motion to extend time. A proposed order consistent with this requested is attached as follows.

| | |
|---|---|
| Dated: May 29, 2023<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>*s/ Dhruman Y. Sampat*<br>DHRUMAN Y. SAMPAT<br>N.J. Bar No. 270892018<br>Special Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-6655<br>dhruman.sampat@usdoj.gov<br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 22-1183 (RCL)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's consent motion for an extension of time to respond to Plaintiff's motion for leave to file a supplemental complaint, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including June 23, to file their opposition to Plaintiff's motion.

IT IS SO ORDERED this ____ day of _____, 2023.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE