UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-1183 (RCL) |
| ) | |
| UNITED STATES POSTAL SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [~~PROPOSED~~] ORDER

UPON CONSIDERATION of the Defendant's consent motion for an extension of time to respond to Plaintiff's motion for leave to file a supplemental complaint, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including June 23, to file their opposition to Plaintiff's motion.

IT IS SO ORDERED this 31st day of May, 2023.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE