UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1183 (RCL) |

## PARTIES' JOINT STATUS REPORT

Pursuant to this Court's order dated April 19, 2023, Plaintiff Americans for Fair Treatment and Defendants United States Postal Service, Louis DeJoy, and Thomas J. Marshall (collectively "the Parties") jointly submit the following joint status report.

Pursuant to the Court's memorandum opinion dated March 23, 2023 (ECF No. 30), Defendants conducted a search and collected forty-one additional pages. On July 3, 2023, Defendants produced the documents to Plaintiff along with a draft *Vaughn* index. The Parties intend to confer about the most recent production of documents in an effort to narrow or eliminate any areas of dispute. To the extent that the Parties cannot resolve any dispute, the Parties propose filing a joint status report by August 18, 2023, with a proposed briefing schedule. Doing so would prevent piecemeal briefing: one set of motion papers addressing the documents subject to the Parties' original motions for summary judgment; and another set for the recently produced documents.

Accordingly, the parties propose that they submit a joint status report by August 18, 2023, to advise the Court if further court involvement will be required.

Dated: July 5, 2023

Respectfully submitted,

/s/ David R. Dorey  
David R. Dorey  
DC Attorney I.D. No. 1015586  
Email: drdorey@fairnesscenter.org  
TESSA E. SHURR  
D.D.C. Bar No. PA0124  
Email: teshurr@fairnesscenter.org  
THE FAIRNESS CENTER  
500 North Third Street, Suite 600B  
Harrisburg, Pennsylvania 17101  
Telephone: 844.293.1001  
Facsimile: 717.307.3424  

*Attorneys for Plaintiff AFFT*

MATTHEW M. GRAVES  
D.C. Bar #481052  
United States Attorney  

BRIAN P. HUDAK,  
Chief, Civil Division  

*s/ Dhruman Y. Sampat*  
DHRUMAN Y. SAMPAT  
NJ Bar No. 270892018  
Special Assistant United States Attorney  
U.S. Attorney's Office  
Civil Division  
601 D Street, N.W.  
Washington, D.C. 20530  
Tel.: (202) 252-6655  
dhruman.sampat@usdoj.gov  

*Counsel for Defendants*