UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint proposed schedule, it is hereby

ORDERED that the parties will submit a joint status report by August 18, 2023.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE