UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

    Plaintiff,

v().

UNITED STATES POSTAL SERVICE, *et al.*,

    Defendants.

Civil Action No. 22-1183 (RCL)

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint proposed schedule, it is hereby

ORDERED that the parties will submit a joint status report by August 18, 2023.

IT IS SO ORDERED this 6th day of July, 2023.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE