UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1183 (RCL) |

### PARTIES' JOINT STATUS REPORT

Pursuant to this Court's order dated July 6, 2023, Plaintiff Americans for Fair Treatment and Defendants United States Postal Service, Louis DeJoy, and Thomas J. Marshall (collectively "the Parties") jointly submit the following joint status report.

Pursuant to the Court's memorandum opinion dated March 23, 2023 (ECF No. 30), Defendants conducted a search and collected forty-one additional pages. Since then, Defendants have produced those documents to Plaintiff along with a draft *Vaughn* index and draft accompanying declaration. The Parties have also been able to resolve certain disputes, resulting in Defendants' removal of certain redactions. Despite the Parties' best efforts, they intend to move forward with summary judgment briefing. The Parties request that the Court enter the following briefing schedule for upcoming motions for summary judgment:

| **Filing** | **Proposed Date** |
|---|---|
| Defendants' Motion for Summary Judgment | October 17, 2023 |
| Plaintiff's Combined Opposition to Defendants' Motion for Summary Judgment / Cross-Motion for Summary Judgment | November 17, 2023 |
| Defendants' Combined Opposition to Plaintiff's Cross-Motion for Summary Judgment / Reply in Further Support of Their Motion for Summary Judgment | December 18, 2023 |
| Plaintiff's Reply in Further Support of Its Cross-Motion for Summary Judgment | January 22, 2024 |

The proposed schedule contemplates the Parties continued efforts to confer and attempt to narrow the disputes brought before the Court.

Accordingly, the Parties request that the Court enter the proposed briefing schedule.

Dated: August 18, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ David R. Dorey* | MATTHEW M. GRAVES |
| David R. Dorey | D.C. Bar #481052 |
| DC Attorney I.D. No. 1015586 | United States Attorney |
| Email: drdorey@fairnesscenter.org | |
| Tessa E. Shurr | BRIAN P. HUDAK, |
| D.D.C. Bar No. PA0124 | Chief, Civil Division |
| Email: teshurr@fairnesscenter.org | |
| THE FAIRNESS CENTER | *s/ Dhruman Y. Sampat* |
| 500 North Third Street, Suite 600B | DHRUMAN Y. SAMPAT |
| Harrisburg, Pennsylvania 17101 | NJ Bar No. 270892018 |
| Telephone: 844.293.1001 | Special Assistant United States Attorney |
| Facsimile: 717.307.3424 | U.S. Attorney's Office |
| | Civil Division |
| *Attorneys for Plaintiff AFFT* | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel.: (202) 252-6655 |
| | dhruman.sampat@usdoj.gov |
| | |
| | *Counsel for Defendants* |