UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-1183 (RCL) |
| ) | |
| UNITED STATES POSTAL SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of the Parties' joint proposed schedule, it is hereby

ORDERED that the Parties will abide by the following briefing schedule:

1. Defendants will file their motion for summary judgment no later than October 17, 2023;

2. Plaintiff will file its combined opposition to Defendants' motion for summary judgment and its cross-motion for summary judgment no later than November 17, 2023;

3. Defendants will file their combined opposition to Plaintiff's cross-motion for summary judgment and reply in further support of their motion for summary judgment no later than December 18, 2023; and

4. Plaintiff will file its reply in further support of its cross-motion for summary judgment no later than January 22, 2023.

IT IS SO ORDERED this __1st__ day of __September__, 2023.

_Royce C. Lamberth_
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE