UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, *et al.*, )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action No. 22-1183 (RCL) |

**MOTION FOR LEAVE TO FILE MOTION TO EXTEND TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants the United States Postal Service (the "Postal Service"), and others, the undersigned counsel respectfully requests a 45-day extension of time, until December 8, 2023, to file a renewed dispositive motion in the above Freedom of Information Act ("FOIA") action. The filing was due on October 17, 2023. In support of this motion, Defendants state as follows:

1. Undersigned counsel was recently re-assigned to handle this matter and did not have this matter on her calendar and was unaware of this case. She Sincerely apologizes to this Court and to Plaintiff. It is within the Court's discretion to determine whether attorney error may constitute excusable neglect. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*. 507 U.S. 380 (1993). The Supreme Court has set forth a four-factor test to determine whether excusable neglect exists, namely: (1) danger of prejudice to opposing party; (2) length of delay and potential impact on judicial proceedings; (3) the reason for delay; and (4) whether the movant acted in good faith. Id. at 395. *See also In re Vitamins Antitrust Class Actions*, 327 F.3d 1207 (D.C. Cir 2003); *Yesudian v. Howard University*, 270 F.3d 969 (D.C. Cir. 2001). Here, the Motion will aid the

Court in determining the issues for trial-if indeed any issue remains; there is little, if any, prejudice to Plaintiff as fair and full adjudication of all of the issues is a hallmark of our current judicial system; the length of delay is minimal; and although a previous date for filing was scheduled but unfortunately missed, any impact on judicial proceedings is minimal.  Even so, the undersigned does not suggest that she lacks appreciation for the important role that a deadline plays in this Court's management of the cases over which it presides.  Further, the failure to file was inadvertent and there is no evidence of bad faith.

2,	As a result of the above, undersigned counsel needs additional time to get up to speed in this case and draft a renewed dispositive motion.  The 45-day extension requested by Defendants, if granted, would impact the remainder of the briefing schedule.

3.	Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants called and left messages for Plaintiff's counsel and sent emails to confer about this request but has not received a response.

4.	For the foregoing reasons, Defendants respectfully request that the Court grant this motion and allow them to file a motion by December 8, 2023.  A proposed Order accompanies this motion.

- 3 -

Dated: October 20, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
      PATRICIA KING MCBRIDE
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES POSTAL SERVICE, *et al.*,  )<br>)<br>Defendants.  )<br>)<br>)<br>) | Civil Action No. 22-1183 (RCL) |

**ORDER [Proposed]**

Upon consideration of Defendants' Motion for leave to request an extension of time to file its renewed dispositive motion, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the Defendants' renewed motion for summary judgment is due December 8, 2023;

SO ORDERED.

Date: _____                    _____
                                                              United States District Judge