UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>　　　　Defendants. | No. 1:22-cv-1183-RCL<br><br><br>[PROPOSED] ORDER |

AND NOW, this _____ day of _____, 2023, upon consideration of Defendants' Motion for Leave to File Motion to Extend of Time, IT IS HEREBY ORDERED that the Motion is DENIED. It is further ordered:

1. AFFT's summary judgment motion (ECF No. 18) is granted as to the issue of redactions USPS made to records it produced to AFFT under FOIA;

2. USPS shall reproduce the records to AFFT without redactions by _____, 2023;

3. USPS shall produce an updated *Vaughn* index and supporting affidavit to AFFT by _____, 2023; and

4. AFFT shall file its summary judgment motion by _____, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

cc: David R. Dorey
Tessa E. Shurr
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101

Dhruman Y. Sampat
Special Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530