UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1183 (RCL) |

## ORDER [Proposed]

Upon consideration of Defendants' Motion for leave to request an extension of time to file its renewed dispositive motion, *and the opposition thereto,* it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the Defendants' renewed motion for summary judgment is due December 8, 2023; *The Court is aware of the unprecedented increased volume of FOIA litigation involving the U.S. Attorney's Office.*

SO ORDERED.

Date: 11/6/23

_____
United States District Judge