UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

*Plaintiff,*

v.

UNITED STATES POSTAL SERVICE, *et al.*,

*Defendants.*

Case No. 1:22-cv-1183-RCL

## ORDER

In light of the Court's Order granting Defendants' motion for an extension of time to file their renewed dispositive motion, it is hereby

**ORDERED** that the Parties shall abide by the following briefing schedule:

1. Defendants will file their motion for summary judgment no later than December 8, 2023;

2. Plaintiff will file its combined opposition to Defendants' motion for summary judgment and its cross-motion for summary judgment no later than January 8, 2024;

3. Defendants will file their combined opposition to Plaintiffs cross-motion for summary judgment and reply in further support of their motion for summary judgment no later than February 9, 2024 and

4. Plaintiff will file its reply in further support of its cross-motion for summary judgment no later than March 15, 2024

**IT IS SO ORDERED.**

Date: 11/9/23

Royce C. Lamberth
United States District Judge

1