UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants the United States Postal Service (the "Postal Service"), and others, seek an extension of time, until January 20, 2024, to file a renewed dispositive motion in the above Freedom of Information Act ("FOIA") action. The filing is currently due on December 8, 2023. In support of this motion, Defendants state as follows:

1. Undersigned counsel has been unable to draft a dispositive motion in this matter. She was out of the office from November 28 – December 4, 2023 due to illness and to attend a funeral out of state. In addition, undersigned counsel was busy handling cases in her extensive caseload during the month of November.

2, As a result of the above, undersigned counsel needs additional time to get draft a renewed dispositive motion. The extension requested by Defendants, if granted, would impact the remainder of the briefing schedule. The Parties propose the following updated schedule:

- Defendants' summary judgment motion due by **1/20/2024**;
- Plaintiff's combined opposition and cross-motion due by **2/28/2024**;
- Defendants' combined reply and opposition due by **3/28/2024**;
- Plaintiff's reply due by **4/23/2024**.

3.      Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants contacted Plaintiff's counsel and there is no opposition to this request.

4.      For the foregoing reasons, Defendants respectfully request that the Court grant this motion.  A proposed Order accompanies this motion.

Dated: December 5, 2023
       Washington, DC

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar. #481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division


By: _____/s/_____
       PATRICIA KING MCBRIDE
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

**ORDER [Proposed]**

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its renewed dispositive motion and to adjust the briefing schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following briefing schedule will be imposed:

- Defendants' summary judgment motion due by **1/20/2024**;
- Plaintiff's combined opposition and cross-motion due by **2/28/2024**;
- Defendants' combined reply and opposition due by **3/28/2024**;
- Plaintiff's reply due by **4/23/2024**.

SO ORDERED.


Date: _____             _____
                                 United States District Judge