UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

## UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants the United States Postal Service (the "Postal Service"), and others, seek an extension of time, until January 26, 2024, to file a renewed dispositive motion in the above Freedom of Information Act ("FOIA") action. The filing is currently due on January 20, 2024. In support of this motion, Defendants state as follows:

1. Due to the press of work, undersigned counsel has been unable to draft a dispositive motion in this matter. She has been busy handling cases in her extensive caseload during the last two weeks since being out of the office during the last two weeks of December.

2, As a result of the above, undersigned counsel needs additional time to draft a renewed dispositive motion. The extension requested by Defendants, if granted, would impact the remainder of the briefing schedule. The Parties propose the following updated schedule:

- Defendants' summary judgment motion due by **1/26/2024**;
- Plaintiff's combined opposition and cross-motion due by **3/6/2024**;
- Defendants' combined reply and opposition due by **4/4/2024**;
- Plaintiff's reply due by **4/30/2024**.

3.        Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants contacted Plaintiff's counsel and there is no opposition to this request.

4.        For the foregoing reasons, Defendants respectfully request that the Court grant this motion.  A proposed Order accompanies this motion.

Dated: January 18, 2024
         Washington, DC

                                Respectfully submitted,

                                MATTHEW M. GRAVES, D.C. Bar. #481052
                                United States Attorney

                                BRIAN P. HUDAK
                                Chief, Civil Division


By:        /s/
        PATRICIA KING MCBRIDE
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

**ORDER [Proposed]**

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its renewed dispositive motion and to adjust the briefing schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following briefing schedule will be imposed:

- Defendants' summary judgment motion due by **1/26/2024**;
- Plaintiff's combined opposition and cross-motion due by **3/6/2024**.;
- Defendants' combined reply and opposition due by **4/4/2024**;
- Plaintiff's reply due by **4/30/2024**.

SO ORDERED.


Date: _____          _____
                              United States District Judge