UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

### ORDER [Proposed]

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its renewed dispositive motion and to adjust the briefing schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following briefing schedule will be imposed:

- Defendants' summary judgment motion due by **1/26/2024**;
- Plaintiff's combined opposition and cross-motion due by **3/6/2024**.;
- Defendants' combined reply and opposition due by **4/4/2024**;
- Plaintiff's reply due by **4/30/2024**.

SO ORDERED.

Date: 1/22/24

_____
United States District Judge