UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES POSTAL SERVICE, *et al.*,  )<br>  )<br>Defendants.  )<br>  )<br>  )<br>  ) | Civil Action No. 22-1183 (RCL) |

## CONSENT MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants the United States Postal Service (the "Postal Service"), and others, seek an extension of time, until February 2, 2024, to file a renewed dispositive motion in the above Freedom of Information Act ("FOIA") action. The filing is currently due on January 26, 2024. In support of this motion, Defendants state as follows:

1. Undersigned counsel has completed a draft of the renewed motion for summary judgment in this matter but due to the press of work, she needs additional time to confer with agency counsel and make any needed updates. In addition, she has been working to complete several motions for summary judgments in other matters from her voluminous caseload. She has also been experiencing health issues that have had an impact on her handling her caseload. Further, undersigned counsel was out of the office handling mediations in other matters on January 16 and 22, 2024. This request is not made for purposes of delay.

2, As a result of the above, undersigned counsel needs additional time to finalize the renewed dispositive motion and have it reviewed by agency counsel and Department of Justice

supervisory staff. The extension requested by Defendants, if granted, would impact the remainder of the briefing schedule. The Parties propose the following updated schedule:

- Defendants' summary judgment motion due by **2/2/2024**;
- Plaintiff's combined opposition and cross-motion due by **3/13/2024**;
- Defendants' combined reply and opposition due by **4/11/2024**;
- Plaintiff's reply due by **5/7/2024**.

3. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants contacted Plaintiff's counsel consents to this request.

4. For the foregoing reasons, Defendants respectfully request that the Court grant this motion. A proposed Order accompanies this motion.

Dated: January 25, 2024
   Washington, DC

                        Respectfully submitted,

                        MATTHEW M. GRAVES, D.C. Bar. #481052
                        United States Attorney

                        BRIAN P. HUDAK
                        Chief, Civil Division

By:      /s/
      PATRICIA KING MCBRIDE
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

**ORDER [Proposed]**

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its renewed dispositive motion and to adjust the briefing schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following briefing schedule will be imposed:

- Defendants' summary judgment motion due by 2/**2/2024**;
- Plaintiff's combined opposition and cross-motion due by **3/13/2024**.;
- Defendants' combined reply and opposition due by **4/11/2024**;
- Plaintiff's reply due by **5/7/2024**.

SO ORDERED.

Date: _____                    _____
                                          United States District Judge