UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
AMERICANS FOR FAIR TREATMENT,           )
                                        )
          Plaintiffs,                   )
                                        )
     v.                                 )        Civil Action No. 22-1183 (RCL)
                                        )
UNITED STATES POSTAL SERVICE, *et al.*, )
                                        )
          Defendants.                   )
                                        )
                                        )
_____ )

## CONSENT MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants the United States Postal Service (the "Postal Service"), and others, seek an extension of time, until March 1, 2024, to file a renewed dispositive motion in the above Freedom of Information Act ("FOIA") action. The filing is currently due on February 2, 2024. In support of this motion, Defendants state as follows:

1.     Undersigned counsel has completed a draft of the renewed motion for summary judgment and believes that updates are needed in the declaration in this matter that she has been attempting to obtain. In addition, she has been working to complete several motions for summary judgments in other matters from her voluminous caseload. This request is not made for purposes of delay.

2,     As a result of the above, undersigned counsel needs additional time to finalize the renewed dispositive motion and have it reviewed by agency counsel and Department of Justice supervisory staff. The extension requested by Defendants, if granted, would impact the remainder of the briefing schedule. The Parties propose the following updated schedule:

- Defendants' summary judgment motion due by **3/1/2024**;
- Plaintiff's combined opposition and cross-motion due by **4/13/2024**;

- Defendants' combined reply and opposition due by **5/11/2024**;
- Plaintiff's reply due by **6/7/2024**.

3.      Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants contacted

Plaintiff's counsel consents to this request.

4.      For the foregoing reasons, Defendants respectfully request that the Court grant this

motion.  A proposed Order accompanies this motion.

Dated: February 1, 2024
          Washington, DC

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar. #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division


                                        By: _____/s/_____
                                            PATRICIA KING MCBRIDE
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            202-252-7123

                                        *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>               Plaintiffs,<br><br>        v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

                                        Civil Action No. 22-1183 (RCL)

## **ORDER [Proposed]**

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its renewed dispositive motion and to adjust the briefing schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following briefing schedule will be imposed:

- Defendants' summary judgment motion due by **3/1/2024**;
- Plaintiff's combined opposition and cross-motion due by **4/13/2024**;
- Defendants' combined reply and opposition due by **5/11/2024**;
- Plaintiff's reply due by **6/7/2024**.

SO ORDERED.


Date: _____

                                    _____
                                    United States District Judge