UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 22-1183 (RCL)

## ORDER [Proposed]

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its renewed dispositive motion and to adjust the briefing schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following briefing schedule will be imposed:

- Defendants' summary judgment motion due by **3/1/2024**;
- Plaintiff's combined opposition and cross-motion due by **4/13/2024**;
- Defendants' combined reply and opposition due by **5/11/2024**;
- Plaintiff's reply due by **6/7/2024**.

SO ORDERED.

Date: _2/2/24_

_____
United States District Judge