UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

### CONSENT MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants the United States Postal Service (the "Postal Service"), and others, seek an extension of time, until March 8, 2024, to file a renewed dispositive motion in the above Freedom of Information Act ("FOIA") action. The filing is currently due on March 1, 2024. In support of this motion, Defendants state as follows:

1. Undersigned counsel has been unable to complete the renewed motion for summary judgment due to illness and needs an additional week within which to file the motion. This request is not made for purposes of delay.

2, As a result of the above, undersigned counsel needs additional time to finalize the renewed dispositive motion and have it reviewed by agency counsel and Department of Justice supervisory staff. The extension requested by Defendants, if granted, would impact the remainder of the briefing schedule. The Parties propose the following updated schedule:

- Defendants' summary judgment motion due by **3/8/2024**;
- Plaintiff's combined opposition and cross-motion due by **4/26/2024**;
- Defendants' combined reply and opposition due by **5/17/2024**;
- Plaintiff's reply due by **6/14/2024**.

3. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants contacted Plaintiff's counsel consents to this request.

4. For the foregoing reasons, Defendants respectfully request that the Court grant this motion. A proposed Order accompanies this motion.

Dated: March 1, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
PATRICIA KING MCBRIDE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,               )
                                            )
               Plaintiffs,                  )
                                            )
        v.                                  )
                                            )   Civil Action No. 22-1183 (RCL)
UNITED STATES POSTAL SERVICE, *et al.*,     )
                                            )
               Defendants.                  )

### ORDER [Proposed]

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its renewed dispositive motion and to adjust the briefing schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following briefing schedule will be imposed:

- Defendants' summary judgment motion due by **3/8/2024**;
- Plaintiff's combined opposition and cross-motion due by **4/20/2024**;
- Defendants' combined reply and opposition due by **5/17/2024**;
- Plaintiff's reply due by **6/14/2024**.

SO ORDERED.

Date: _____          _____
                             United States District Judge