UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 22-1183 (RCL) |

## ERRATA

Defendant filed its renewed motion for summary judgment on March 8, 2024 and failed to file its supplemental 2024 Declaration of Janine Castorina. *See* ECF No. 60. Defendants are hereby filing the declaration attached hereto as an exhibit.

Dated: March 14, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/
PATRICIA KING MCBRIDE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*