UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES POSTAL SERVICE, *et al.*,  )<br>  )<br>Defendants.  )<br>  )<br>  )<br>  ) | Civil Action No. 22-1183 (RCL) |

### **ERRATA**

Defendant filed its renewed motion for summary judgment on March 8, 2024 and failed to file its supplemental *Vaughn Index*. *See* ECF No. 60. Defendants are hereby filing the Index attached hereto as an exhibit.

Dated: March 18, 2024
       Washington, DC

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES, D.C. Bar. #481052
                                                    United States Attorney

                                                    BRIAN P. HUDAK
                                                    Chief, Civil Division

                                                    By:  _____/s/_____
                                                         PATRICIA KING MCBRIDE
                                                         Assistant United States Attorney
                                                         601 D Street, NW
                                                         Washington, DC 20530
                                                         202-252-7123

                                                    *Attorneys for the United States of America*