UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>　　　　Defendants. | No. 1:22-cv-1183-RCL |

**CONSENT MOTION TO EXTEND
BRIEFING SCHEDULE**

Plaintiff Americans for Fair Treatment ("AFFT") respectfully moves this Court to extend the briefing schedule entered by this Court on March 8, 2024. ECF No. 59. Pursuant to Local Civil Rule 7(m), Plaintiff has conferred with the Defendants, and they do not oppose the requested relief.

In support of this motion, AFFT states:

1. Defendants filed two errata after their renewed motion for summary judgment: (1) Defendants' Errata Supplemental 2024 Declaration of Janine Castorina (ECF Nos. 61, 61-1); and (2) Defendants' Errata Supplemental *Vaughn* Index (ECF Nos. 62, 62-1).

2. Attorney David Dorey is transitioning to another law firm.

3. Plaintiff and its counsel require additional time to review Defendants' errata filings and readjust staffing going forward.

4. AFFT respectfully requests the following modifications to the briefing schedule:

　　a. Set AFFT's deadline to file its combined Opposition to Defendants' Renewed Motion for Summary Judgment and Renewed Cross-Motion for Summary Judgment to **May 17, 2024**;

  b. Set Defendants' deadline to file their combined Reply in Support of their Renewed Partial Motion and Opposition to AFFT's Renewed Cross-Motion for Summary Judgment to **June 27, 2024**; and

  c. Set AFFT's deadline to file its Reply to Defendants' Opposition to AFFT's Renewed Cross-Motion for Summary Judgment to **July 26, 2024**.

5. The purpose of this motion is not to unjustifiably delay the resolution of this case. This extension request is carefully tailored to allow AFFT to appropriately oppose Defendants' Renewed Motion for Summary Judgment.

           Respectfully submitted,

April 11, 2024       /s/ Tessa E. Shurr
           Tessa E. Shurr
           DC Attorney I.D. No. 90015122
           Email: teshurr@fairnesscenter.org
           THE FAIRNESS CENTER
           500 North Third Street, Suite 600
           Harrisburg, Pennsylvania 17101
           Telephone: 844.293.1001
           Facsimile: 717.307.3424
           *Attorney for Plaintiff AFFT*