UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

    Defendants.

No. 1:22-cv-1183-RCL

[~~PROPOSED~~] ORDER

AND NOW, this 15th day of April 2024, upon consideration of AFFT's Consent Motion to Extend Briefing Schedule, and finding good cause exists, IT IS HEREBY ORDERED that AFFT's Consent Motion to Extend Briefing Schedule is GRANTED. It is FURTHER ORDERED as follows:

1. AFFT shall file its combined opposition and Renewed Cross-Motion for Summary Judgment by or on May 17, 2024;

2. Defendants shall file their combined reply and opposition by or on June 27, 2024; and

3. AFFT shall file its reply by or on July 26, 2024.

BY THE COURT:

_/s/ Royce C. Lamberth_
Hon. Royce C. Lamberth
U.S. District Court Judge

Cc:    Michael E. Yohannan
        Patricia K. McBride
        *Attorneys for Defendants*
        601 D Street, NW
        Washington, D.C. 20530