UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, *et al.*, <br><br> Defendants. | No. 1:22-cv-1183-RCL <br><br> NOTICE OF WITHDRAWAL OF APPEARANCE |

Pursuant to Local Civil Rule 83.6(b), Tessa E. Shurr hereby withdraws as counsel of record for Plaintiff Americans for Fair Treatment. No trial date has been set. David R. Dorey has previously entered his appearance and will continue to serve as counsel for Plaintiff.

Respectfully submitted,

April 5, 2024

/s/ Tessa E. Shurr
Tessa E. Shurr
DC Attorney I.D. No. 90015122
Email: teshurr@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

E. Messenger
Representative for Plaintiff Americans for Fair Treatment