UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>    Defendants. | No. 1:22-cv-1183-RCL<br><br>ENTRY OF APPEARANCE |

TO THE CLERK:

    I am admitted in this Court, and I appear in this case as counsel for Plaintiff Americans for Fair Treatment.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: April 26, 2024 | **/s/ Danielle R. Acker Susanj**<br>Danielle R. Acker Susanj<br>DC Attorney I.D. No. 1023364<br>Email: drasusanj@fairnesscenter.org<br>THE FAIRNESS CENTER<br>500 North Third Street, Suite 600<br>Harrisburg, Pennsylvania 17101<br>Telephone: 844.293.1001<br>Facsimile: 717.307.3424<br><br>*Attorney for Plaintiff AFFT* |