UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>　　　　Defendants. | No. 1:22-cv-1183-RCL<br><br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

　　　　Pursuant to Local Civil Rule 83.6(b), Danielle R. Acker Susanj hereby withdraws as counsel of record for Plaintiff Americans for Fair Treatment. No trial date has been set. David R. Dorey has previously entered his appearance and will continue to serve as counsel for Plaintiff.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 13, 2024　　　　　　　　**/s/ Danielle R. Acker Susanj**
　　　　　　　　　　　　　　　　　　Danielle R. Acker Susanj
　　　　　　　　　　　　　　　　　　DC Attorney I.D. No. 1023364
　　　　　　　　　　　　　　　　　　Email: drasusanj@fairnesscenter.org
　　　　　　　　　　　　　　　　　　THE FAIRNESS CENTER
　　　　　　　　　　　　　　　　　　500 North Third Street, Suite 600
　　　　　　　　　　　　　　　　　　Harrisburg, Pennsylvania 17101
　　　　　　　　　　　　　　　　　　Telephone: 844.293.1001
　　　　　　　　　　　　　　　　　　Facsimile: 717.307.3424

　　　　　　　　　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　Printed: Elisabeth Messenger
　　　　　　　　　　　　　　　　　　*Representative for Plaintiff Americans for Fair Treatment*