UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　Defendants. | **No. 1:22-cv-01183-RCL**<br><br>**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE** |

　　Plaintiff Americans for Fair Treatment ("AFFT") respectfully moves this Court to extend the briefing schedule entered on April 15, 2024. ECF No. 64. The United States Postal Service ("USPS") through counsel has graciously consented to this relief. LCvR 7(m). In support of this motion AFFT states:

　　1. Since its last filing seeking an extension of the summary judgment briefing schedule (ECF No. 63), AFFT has diligently worked through issues related to continuity of its counsel. *E.g.*, ECF No. 63 at ¶ 4; ECF Nos. 55–56. Those issues were resolved yesterday. ECF No. 67. Undersigned counsel of Liff, Walsh & Simmons will represent AFFT in this matter going forward.

　　2. To facilitate a complete and adequate response to USPS's renewed summary judgment motion (ECF No. 60) and to cross move for summary judgment, undersigned counsel needs an additional two weeks beyond the current briefing schedule.

1

3. AFFT accordingly requests the following modifications to the briefing schedule:

    a. Set AFFT's deadline to file its Opposition to Defendants' Renewed Motion for Summary Judgment and Renewed Cross-Motion for Summary Judgment to **May 31, 2024**;

    b. Set USPS's deadline to file its combined Reply in Support of Renewed Motion for Summary Judgment and Opposition to AFFT's Cross-Motion for Summary Judgment to **July 11, 2024**;

    c. Set AFFT's deadline to file its Reply to Defendant's Opposition to AFFT's Renewed Cross-Motion for Summary Judgment to **August 9, 2024**.

4. The purpose of this motion is not to unjustifiably delay the resolution of this case. This extension request is carefully tailored to allow undersigned counsel sufficient time to respond to USPS's summary judgment motion and to brief its cross-motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **AMERICANS FOR FAIR TREATMENT**<br>**By Counsel** |
| Dated: May 14, 2024 | **/s/ David R. Dorey**<br>David R. Dorey<br>D.C. Bar No. 1015586<br>Email: ddorey@liffwalsh.com<br>LIFF, WALSH & SIMMONS<br>181 Harry S. Truman Parkway<br>Suite 200<br>Annapolis, MD  21401<br>Telephone: (410) 266-9500<br>Facsimile: (410) 266-7699<br><br>*Counsel for Americans for Fair Treatment* |