UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　Defendants. | **No. 1:22-cv-01183-RCL**<br><br>**[PROPOSED] ORDER** |

　　　　AND NOW, this____, day of _____, 2024, upon consideration of Plaintiff's Consent Motion to Extend Briefing Schedule, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  The following briefing schedule shall now apply:

　　　　1.　AFFT's deadline to file its Opposition to Defendants' Renewed Motion for Summary Judgment and Renewed Cross-Motion for Summary Judgment is **May 31, 2024**;

　　　　2.　USPS's deadline to file its combined Reply in Support of Renewed Motion for Summary Judgment and Opposition to AFFT's Cross-Motion for Summary Judgment is **July 11, 2024**;

　　　　3.　AFFT's deadline to file its Reply to Defendant's Opposition to AFFT's Renewed Cross-Motion for Summary Judgment is **August 9, 2024**.

1

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge

cc: David R. Dorey
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD  21401

Patricia K. McBride
UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC  20530