UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | No. 1:22-cv-01183-RCL <br><br> [PROPOSED] ORDER |

AND NOW, this 15th day of May, 2024, upon consideration of Plaintiff's Consent Motion to Extend Briefing Schedule, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The following briefing schedule shall now apply:

1. AFFT's deadline to file its Opposition to Defendants' Renewed Motion for Summary Judgment and Renewed Cross-Motion for Summary Judgment is **May 31, 2024**;

2. USPS's deadline to file its combined Reply in Support of Renewed Motion for Summary Judgment and Opposition to AFFT's Cross-Motion for Summary Judgment is **July 11, 2024**;

3. AFFT's deadline to file its Reply to Defendant's Opposition to AFFT's Renewed Cross-Motion for Summary Judgment is **August 9, 2024**.

BY THE COURT:

*[Signature: Royce C. Lamberth]*

Hon. Royce C. Lamberth
U.S. District Court Judge

cc: David R. Dorey
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD  21401

Patricia K. McBride
UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC  20530