UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | **No. 1:22-cv-01183-RCL**<br><br>**[PROPOSED] ORDER** |

AND NOW, this____, day of _____, 2024, upon consideration of Plaintiff's Opposed Motion to Strike USPS's Renewed Motion for Summary Judgment, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Court orders as follows:

1. USPS's Renewed Motion for Summary Judgment and all supporting papers are stricken;

2. USPS is compelled to fully comply with this Court's order including conducting appropriate searches and explaining them by _____ ____, 2024 [**or** AFFT is permitted to conduct discovery];

3. USPS shall file a new summary judgment motion that complies with this Court's order and the Local Rules by _____ ____, 2024.

4. AFFT's deadline to file its Opposition to Defendants' Renewed Motion for Summary Judgment and Renewed Cross-Motion for Summary Judgment is **May 31, 2024**;

1

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge

cc: David R. Dorey
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD  21401

Patricia K. McBride
UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC  20530