UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) ) | |

## CONSENT MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants the United States Postal Service (the "Postal Service"), and others, seek an extension of time, until July 17, 2024, to file a response to Plaintiff's motion to strike Defendant's motion for summary judgment filed on May 31, 2024 (*see* ECF No. 70) in the above Freedom of Information Act ("FOIA") action. The filing is currently due on June 14, 2024. In support of this motion, Defendants state as follows:

1. Plaintiff's counsel contacted undersigned counsel expressing concerns regarding Defendant's motion for summary judgment filed on March 8, 2024 (*see* ECF No. 60). Undersigned counsel sent Plaintiff's concerns to agency counsel and just received a response today. Undersigned counsel needs further time to confer with the agency and Plaintiff's counsel. This request is not made for purposes of delay.

2, In addition, undersigned counsel will be out of the country from June 11 until June 19, 2024.

3. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants contacted Plaintiff's counsel consents to this request.

4.      For the foregoing reasons, Defendant respectfully requests that the Court grant this motion.  A proposed Order accompanies this motion.

Dated:  June 7, 2024
        Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:    /s/
PATRICIA KING MCBRIDE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 22-1183 (RCL) |

## **ORDER [Proposed]**

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its response to Plaintiff's motion to strike, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that response shall be filed on or before July 17, 2024.

SO ORDERED.

Date: _____    _____
United States District Judge