UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT, )
)
Plaintiffs, )
)
v. )
) Civil Action No. 22-1183 (RCL)
UNITED STATES POSTAL SERVICE, *et al.*, )
)
Defendants. )

**ORDER** [Proposed]

Upon consideration of Defendants' Unopposed Motion for an extension of time to file its response to Plaintiff's motion to strike, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that response shall be filed on or before July 17, 2024.

SO ORDERED.

Date: 6/21/24

Roger C. Lamberth
United States District Judge