UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) | |

## CONSENT MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants the United States Postal Service (the "Postal Service"), and others, seek an extension of time, until July 31, 2024, to file an errata to correct Defendant's motion for summary judgment filed on March 8, 2024 (*see* ECF No. 60) in the above Freedom of Information Act ("FOIA") action. This request is being made pursuant to Plaintiff's motion to strike filed on May 31, 2024 (ECF No. 70). The Parties have conferred Pursuant to Local Civil Rule 7(m), and Plaintiff consents to this request.

This request will impact the current briefing schedule and the parties propose that the schedule be adjusted as follows:

- Defendant will file an errata correcting its motion for summary judgment on or before July 31, 2024
- Plaintiff will file its combined opposition and cross-motion on or before August 28, 2024
- Defendant will file its combined reply and opposition on or before September 25, 2024;
- Plaintiff will file its reply on or before October 23, 2024.

- 2 -

For the foregoing reasons, Defendant respectfully requests that the Court grant this motion.

A proposed Order accompanies this motion.

Dated: July 17, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
PATRICIA KING MCBRIDE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES POSTAL SERVICE, *et al.*, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 22-1183 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for an extension of time to file an errata correcting its motion for summary judgment until July 31, 2024, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following adjustment to the briefing schedule be imposed:

- Defendant will file an errata correcting its motion for summary judgment on or before July 31, 2024
- Plaintiff will file its combined opposition and cross-motion on or before August 28, 2024
- Defendant will file its combined reply and opposition on or before September 25, 2024;
- Plaintiff will file its reply on or before October 23, 2024.

SO ORDERED.

Date: _____                    _____
                                          United States District Judge