UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1183 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for an extension of time to file an errata correcting its motion for summary judgment until July 31, 2024, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** that the following adjustment to the briefing schedule be imposed:

- Defendant will file an errata correcting its motion for summary judgment on or before July 31, 2024
- Plaintiff will file its combined opposition and cross-motion on or before August 28, 2024
- Defendant will file its combined reply and opposition on or before September 25, 2024;
- Plaintiff will file its reply on or before October 23, 2024.

SO ORDERED.

Date: 7/18/24

_____
United States District Judge