UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )       Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, *et al.*, | ) ) |
| Defendants. | ) ) ) ) |

## ERRATA

Defendant filed its renewed motion for summary judgment on March 8, 2024 and failed to file its supplemental *Vaughn Index*.  *See* ECF No. 60.  Defendants are hereby filing the Index attached hereto as an exhibit.

Dated: March 18, 2024
         Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____/s/_____
         PATRICIA KING MCBRIDE
         Assistant United States Attorney
         601 D Street, NW
         Washington, DC 20530
         202-252-7123

*Attorneys for the United States of America*