# EXHIBIT 1

## Gillespie, Christopher P - Washington, DC

**From:**          Castorina, Janine - Washington, DC
**Sent:**          Monday, January 10, 2022 8:57 AM
**To:**            Gillespie, Christopher P - Washington, DC
**Cc:**            Lind, Christopher W - Washington, DC
**Subject:**       Re: 810

(b) (5)

Sent from my iPhone

On Jan 10, 2022, at 8:34 AM, Gillespie, Christopher P - Washington, DC
(b) (6)                           wrote:

(b) (5)

**From:** Castorina, Janine - Washington, DC (b) (6)
**Sent:** Monday, January 10, 2022 7:27 AM
**To:** Gillespie, Christopher P - Washington, DC (b) (6)                ; Lind, Christopher W -
Washington, DC (b) (6)
**Subject:** 810

(b) (5)

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

**Gillespie, Christopher P - Washington, DC**

| | |
|---|---|
| **From:** | Castorina, Janine - Washington, DC |
| **Sent:** | Monday, January 10, 2022 4:43 PM |
| **To:** | Gillespie, Christopher P - Washington, DC; Lind, Christopher W - Washington, DC |
| **Subject:** | RE: 810 |

(b) (5)

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

---

**From:** Gillespie, Christopher P - Washington, DC (b) (6)
**Sent:** Monday, January 10, 2022 4:15 PM
**To:** Castorina, Janine - Washington, DC (b) (6) ; Lind, Christopher W - Washington, DC
(b) (6)
**Subject:** RE: 810



---

**From:** Castorina, Janine - Washington, DC (b) (6)
**Sent:** Monday, January 10, 2022 7:27 AM
**To:** Gillespie, Christopher P - Washington, DC (b) (6) ; Lind, Christopher W - Washington, DC
(b) (6)
**Subject:** 810

(b) (5)

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

**Gillespie, Christopher P - Washington, DC**

| | |
|---|---|
| **From:** | Castorina, Janine - Washington, DC |
| **Sent:** | Tuesday, January 11, 2022 9:14 AM |
| **To:** | Gillespie, Christopher P - Washington, DC; Lind, Christopher W - Washington, DC |
| **Subject:** | RE: 810 |

Ok! I'll send this to Heather.
Thanks!


Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6) ███████
202.268.2049 fax

---

**From:** Gillespie, Christopher P - Washington, DC (b) (6) ███████
**Sent:** Tuesday, January 11, 2022 9:05 AM
**To:** Castorina, Janine - Washington, DC (b) (6) ███████; Lind, Christopher W - Washington, DC (b) (6) ███████
**Subject:** RE: 810

Good morning Janine,

Chris and I just reviewed the below version for a final quality check. We have made two minor revisions to align with the SOR, indicated in red text, otherwise we are good on our end.



(b) (5)

---

**From:** Castorina, Janine - Washington, DC (b) (6) ███████
**Sent:** Tuesday, January 11, 2022 8:48 AM
**To:** Gillespie, Christopher P - Washington, DC (b) (6) ███████; Lind, Christopher W - Washington, DC (b) (6) ███████
**Subject:** RE: 810

Are we going to call this good? Heather needs it.

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

**From:** Gillespie, Christopher P - Washington, DC (b) (6)
**Sent:** Monday, January 10, 2022 4:15 PM
**To:** Castorina, Janine - Washington, DC (b) (6)     Lind, Christopher W - Washington, DC
(b) (6)
**Subject:** RE: 810

Here's a first run at the Privacy Act Statement for the COVID-19 ordering page:

(b) (5)

**From:** Castorina, Janine - Washington, DC (b) (6)
**Sent:** Monday, January 10, 2022 7:27 AM
**To:** Gillespie, Christopher P - Washington, DC (b) (6)     ; Lind, Christopher W - Washington, DC
(b) (6)
**Subject:** 810

(b) (5)

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)

202.268.2049 fax

| | |
|---|---|
| **From:** | Workinger, Kimberly B - Washington, DC |
| **To:** | Castorina, Janine - Washington, DC; Karpenko, Christopher J - Washington, DC |
| **Subject:** | RE: Privacy Statement Updated |
| **Date:** | Tuesday, January 11, 2022 9:29:51 AM |
| **Attachments:** | image001.png |

Thank you Janine!

## Kimberly Workinger

**USPS.com** | Manager | Digital Brand Marketing
Office: (202) 268-7971| Cell: (b) (6)
(b) (6)

---

**From:** Castorina, Janine - Washington, DC (b) (6)
**Sent:** Tuesday, January 11, 2022 9:29 AM
**To:** Karpenko, Christopher J - Washington, DC (b) (6); Workinger,
Kimberly B - Washington, DC (b) (6)
**Subject:** FW: Privacy Statement Updated

FYI

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

---

**From:** Castorina, Janine - Washington, DC
**Sent:** Tuesday, January 11, 2022 9:16 AM
**To:** Dyer, Heather L - Washington, DC (b) (6)
**Subject:** RE: Privacy Statement Updated

Use this one:

Your information will be used to provide COVID-19 Testing Kits to the address you provided, and to
provide company and product fulfillment information about that testing kit to a federal executive
agency. Collection is authorized by 39 U.S.C. 401, 403, 404, and 411. Supplying your information is
voluntary, but if not provided, we may not be able to fulfill your request for a COVID-19 Testing Kit.
We do not disclose your information to third parties without your consent, except to act on your
behalf or request, or as legally required. This includes the following limited circumstances: to a

congressional office on your behalf; to agencies and entities to facilitate or resolve financial transactions; to a U.S. Postal Service auditor; for law enforcement purposes, to labor organizations as required by applicable law; incident to legal proceedings involving the Postal Service; to government agencies in connection with decisions as necessary; to agents or contractors when necessary to fulfill a business function or provide products and services to customers; for customer service purposes; and to other federal executive agencies pursuant to 39 U.S.C § 411. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
(b) (6)
202.268.2049 fax

**From:** Dyer, Heather L - Washington, DC (b) (6)
**Sent:** Tuesday, January 11, 2022 7:15 AM
**To:** Castorina, Janine - Washington, DC (b) (6)
**Subject:** Privacy Statement Updated

Janine-

Do you happen to have the updated privacy statement for the Postal Store, it's our understanding you are working that? (b) (5)

Thanks

Heather L Dyer
A/ Chief Information Security Officer VP


**From:** Castorina, Janine - Washington, DC
**To:** Dyer, Heather L - Washington, DC
**Subject:** Re: Privacy Statement Updated
**Date:** Tuesday, January 11, 2022 7:37:20 AM

I think so. We were tweaking it yesterday. Let me check.

Sent from my iPhone

> On Jan 11, 2022, at 7:15 AM, Dyer, Heather L - Washington, DC (b) (6) ███████ wrote:

Janine-

Do you happen to have the updated privacy statement for the Postal Store, it's our understanding you are working that? (b) (5) ██████████████

Thanks

Heather L Dyer
A/ Chief Information Security Officer VP
(b) (6) ████████