UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | No. 1:22-cv-01183-RCL<br><br>CONSENT MOTION TO STAY BRIEFING SCHEDULE AND REQUIRE STATUS REPORT |

Plaintiff Americans for Fair Treatment ("AFFT") respectfully moves this Court to stay the briefing schedule entered on July 18, 2024 (ECF No. 74) and require the parties to submit a joint status report by September 30, 2024. The United States Postal Service ("USPS") through counsel consents to this relief. LCvR 7(m). In support of this motion AFFT states:

1. USPS filed a motion seeking an extension of time in which to correct deficiencies in its motion for summary judgment that AFFT raised in a motion to strike. ECF Nos. 70, 73. The Court granted USPS's motion and entered a revised briefing schedule. ECF No. 74.

2. USPS filed an errata to its summary judgment motion on July 31, 2024. ECF No. 75. That errata remains deficient because USPS did not file a *Vaughn* index (ECF No. 75-3 is a single page) and did not file the records it found when conducting a subsequent search as ordered by the Court (ECF No. 75-4 only contains 9 pages of the 50 USPS has identified thus far).

1

3. The parties through counsel have been diligently working through these issues since August 2. Counsel for USPS has directly produced to counsel for AFFT the missing *Vaughn* index and records.

4. Upon review of that index and records, AFFT's counsel identified to USPS's counsel probable significant deficiencies in the subsequent search USPS conducted. Counsel are presently working together in an effort to either resolve that entirely or to narrow issues so USPS can file a revised summary judgment motion.

5. AFFT accordingly asks the Court to stay the summary judgment briefing schedule and require the parties to file a joint status report on September 30, 2024.

6. The purpose of this motion is not to unjustifiably delay the resolution of this case. This request is carefully tailored to allow the parties' counsel sufficient time to attempt to resolve issues without the Court's intervention.

Respectfully submitted,

**AMERICANS FOR FAIR TREATMENT
By Counsel**

Dated: August 28, 2024

**/s/ David R. Dorey**
David R. Dorey
D.C. Bar No. 1015586
Email: ddorey@liffwalsh.com
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD 21401
Telephone: (410) 266-9500
Facsimile: (410) 266-7699

*Counsel for Americans for Fair Treatment*