UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | No. 1:22-cv-01183-RCL<br><br>[PROPOSED] ORDER |

AND NOW, this____, day of _____, 2024, upon consideration of Plaintiff's Consent Motion to Stay Briefing Schedule and Require Status Report, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The summary judgment briefing schedule entered by the Court on July 18, 2024 is stayed. The parties shall submit a joint status report by September 30, 2024.

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge

1

cc:  David R. Dorey
     Liff, Walsh & Simmons
     181 Harry S. Truman Parkway
     Suite 200
     Annapolis, MD  21401

     Patricia K. McBride
     United States Attorney's Office for the District of Columbia
     555 Fourth Street, NW
     Washington, DC  20530