UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | No. 1:22-cv-01183-RCL <br><br> [PROPOSED] ORDER |

AND NOW, this _30_ day of _August_, 2024, upon consideration of Plaintiff's Consent Motion to Stay Briefing Schedule and Require Status Report, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The summary judgment briefing schedule entered by the Court on July 18, 2024 is stayed. The parties shall submit a joint status report by September 30, 2024.

BY THE COURT:

_____
Hon. Royce C. Lamberth
U.S. District Court Judge