UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant requests that the Clerk of the Court enter the appearance of the undersigned counsel, Erika Oblea, on behalf of Defendants, as substitute counsel for attorney Patricia K. McBride, who is withdrawing from this matter.

Dated: September 16, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Erika Oblea*
    ERIKA OBLEA
    Assistant United States Attorney
    D.C. Bar #1034393
    601 D Street, N.W., 7th Floor
    Washington, DC 20530
    Tel: (202) 252-2529
    Email: Erika.Oblea@usdoj.gov

*Attorney for the United States*