UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

### JOINT STATUS REPORT

Pursuant to the Court's Order dated August 30, 2024, the parties have conferred and provide the following joint status report. This Freedom of Information Act ("FOIA") action concerns Plaintiff's request for information "concerning the 'Privacy Act Statement' contained on [Defendant]'s webform through which members of the public may order rapid antigen COVID-19 tests" and Defendant's "disclosure to any labor organization of information it obtained through the COVID-19 test webform." Compl. ¶ 19, ECF No. 1.

On March 8, 2024, Defendant filed a motion for summary judgment and subsequently filed an errata on July 31, 2024. ECF Nos. 60, 75. Plaintiff believes that Defendant's motion for summary judgment nonetheless remains deficient. The parties thereafter met and conferred about resolving or narrowing those issues that Plaintiff has identified with Defendant's motion for summary judgment, including Defendant's search and withholdings.

Defendant reports that it has since completed its supplemental search for potentially responsive records and expects to make a supplemental production of any non-exempt portions of

responsive records on or before October 30, 2024. The parties thereafter expect to meet and confer in an effort to narrow or eliminate any other issues for this Court's consideration.

In this light, the parties believe that further briefing of Defendant's motion for summary should remain stayed. The parties propose filing another joint status report in approximately sixty days or on or before December 2, 2024, to update the Court on the progress of the parties' discussions, or propose another briefing schedule, if necessary.

Dated: September 27, 2024                               Respectfully submitted,

　　　/s/ David R. Dorey　　　　　　           MATTHEW M. GRAVES, D.C. Bar #481052
David R. Dorey                                          United States Attorney
D.C. Bar No. 1015586 Email:
ddorey@liffwalsh.com                                    BRIAN P. HUDAK
LIFF, WALSH & SIMMONS                                   Chief, Civil Division
181 Harry S. Truman Parkway
Suite 200                                               By: 　　　　/s/ Erika Oblea　　　　　　
Annapolis, MD 21401                                         ERIKA OBLEA, D.C. Bar # 1034393
Telephone: (410) 266-9500                                   Assistant United States Attorney
Facsimile: (410) 266-7699                                   601 D Street, NW
                                                            Washington, DC 20530
*Counsel for Americans for Fair Treatment*                  (202) 252-2567
                                                            erika.oblea@usdoj.gov

                                                        *Attorneys for the United States of America*