**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICANS FOR FAIR TREATMENT,** | |
| *Plaintiff,* | |
| **v.** | **Case No. 1:22-cv-1183-RCL** |
| **UNITED STATES POSTAL SERVICE,** *et al.*, | |
| *Defendants.* | |

## ORDER

This case has been pending before this Court since April 28, 2022. On March 8, 2024, Defendants filed a motion for summary judgment. ECF No. 60. On May 31, 2024, Plaintiff filed a motion to strike, ECF No. 70, arguing that Defendants' motion for summary judgment failed to comply with this Court's prior order, ECF No. 31. Defendants filed an Errata Motion for Summary Judgment on July 31, 2024, with a corrected statement of facts, declaration, and *Vaughn* index. ECF No. 75. In the parties' most recent joint status report, filed on September 27, 2024, Plaintiff stated that it believes Defendants' motion for summary judgment remains deficient, but did not give the reasons why. ECF No. 79. Defendants stated that they would make another production of records by October 30, 2024, and the parties requested an order for another joint status report on December 2, 2024. *Id.*

The Court assumes that Defendants followed through with the October 30 production, having heard nothing to the contrary from the parties. Unless this case is disposed of by March 30, 2025, it will appear on the list of cases pending over three years that the Court must report on that date. *See* 28 U.S.C. § 476. The parties have had ample time to narrow the issues for briefing, and Defendants' corrected summary judgment motion has now been pending for over three

1

months.  For that reason, it is hereby **ORDERED** that the parties shall abide by the following briefing schedule to afford the Court adequate time to dispose of this case by March 31, 2025:

1.  Defendants will re-file their motion for summary judgment, incorporating the October 30 production of records, by **November 12, 2024;**

2.  Plaintiff will file its combined opposition to Defendants' motion for summary judgment and its cross-motion for summary judgment no later than **December 9, 2024;**

3.  Defendants will file their combined opposition to Plaintiff's cross-motion for summary judgment and reply in further support of their motion for summary judgment no later than **January 6, 2025;** and

4.  Plaintiff will file its reply in further support of its cross-motion for summary judgment no later than **January 27, 2025.**

It is further **ORDERED** that Plaintiff's Motion to Strike, ECF No. 70, is **DENIED** as moot because Defendants have since filed a corrected motion for summary judgment.

**IT IS SO ORDERED.**

Date:  _10-31-24_

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

2