UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| AMERICANS FOR FAIR TREATMENT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1183 (RCL) |
| | ) | |
| UNITED STATES POSTAL SERVICE, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Defendants by and through their undersigned counsel, respectfully request to modify the briefing schedule for summary judgment in this case. Plaintiff, though counsel, consents to the relief requested herein. In support of this motion, Defendants state as follows:

1.     Plaintiff brings this case under the Freedom of Information Act.  *See* Compl., ECF No. 1. Plaintiff requested information "concerning the 'Privacy Act Statement' contained on [Defendant]'s webform through which members of the public may order rapid antigen COVID-19 tests" and Defendant's "disclosure to any labor organization of information it obtained through the COVID-19 test webform." Compl. ¶ 19, ECF No. 1.

2.     On March 8, 2024, Defendants filed a motion for summary judgment and subsequently filed an errata on July 31, 2024. ECF Nos. 60, 75. Plaintiff believes that Defendants' motion for summary judgment nonetheless remains deficient. The parties thereafter met and conferred about resolving or narrowing those issues that Plaintiff has identified with Defendants' motion for summary judgment, including Defendants' search and withholdings. Defendants thereafter performed a supplemental search and made a supplemental production of non-exempt portions of responsive records on October 31, 2024.

3.    On October 31, 2024, the Court set a briefing schedule for Defendants' renewed summary judgment motion as follows:

    a.  Defendants will re-file their Summary Judgment motion, incorporating the October 30 production, by November 12, 2024.

    b.  Plaintiff will file its combined opposition and cross-motion for summary judgment by December 9, 2024.

    c.  Defendants will file their combined opposition and reply by January 6, 2025.

    d.  Plaintiff will file its reply by January 27, 2025.

4.    Defendants request that the briefing schedule be modified as follows:

    a.  Defendants' Motion for Summary Judgment to be due on December 12, 2024;

    b.  Plaintiff's Combined Cross Motion and Opposition to be due on January 15, 2025;

    c.  Defendants' Combined Opposition and Reply to be due on February 12, 2025; and

    d.  Plaintiff's Reply to be due on March 5, 2025

5.    This is Defendants' first extension with respect to the deadlines for renewed summary judgment briefing.

6.    There is good cause supporting Defendants' motion. The undersigned counsel has other competing dispositive briefing deadlines immediately after November 12, 2024 – on November 14, 2025, and November 15, 2024. In addition, the undersigned counsel is scheduled for jury duty in D.C. Superior Court on November 12, 2024. The extension is sought in good faith and not for purposes of delay. Indeed, given Defendants' recent October 31, 2024, supplemental production, an extension will give Defendants time to provide Plaintiff with a draft *Vaughn* Index. In turn, the extension will also give Plaintiff an opportunity to review Defendants' draft *Vaughn* and for the parties to meet and confer about potentially narrowing the issues for further briefing, thus promoting judicial economy.

7.      Pursuant to Local Civil Rule 7(m), the parties have conferred and Plaintiff consents to the relief sought in the instant motion.

8.      For the foregoing reasons, Defendants request that the Court grant this motion and modify the briefing schedule as follows: Defendants' Motion for Summary Judgment to be due on December 12, 2024; Plaintiff's Combined Cross Motion and Opposition to be due on January 15, 2025; Defendants' Combined Opposition and Reply to be due on February 12, 2025; and Plaintiff's Reply to be due on March 5, 2025.

*        *        *

3

Dated:  November 4, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*

4