UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT    )
                                )
            Plaintiff,          )
                                )
        v.                      )        Civil Action No. 22-1183 (RCL)
                                )
UNITED STATES POSTAL SERVICE,   )
et al.                          )
                                )
            Defendants.         )
                                )

## [PROPOSED] ORDER

Upon consideration of the Defendants' Consent Motion to Modify Briefing Schedule, and the entire record herein, IT IS ORDERED that the motion is GRANTED. It is FURTHER ORDERED that the following schedule shall govern further proceedings in this matter:

- Defendants' Motion for Summary Judgment is due on December 12, 2024;

- Plaintiff's Combined Cross Motion and Opposition is due on January 15, 2025;

- Defendants' Combined Opposition and Reply is due on February 12, 2025; and

- Plaintiff's Reply is due on March 5, 2025.

These dates will not be further extended.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE