UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, et al.,

Defendants.

Civil Action No. 22-1183 (RCL)

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants the United States Postal Service (the "Postal Service" or the "Agency"), Postmaster General Louis DeJoy, and General Counsel Thomas Marshall (collectively, the "Postal Service") respectfully move for summary judgment as to Plaintiff's remaining claims. This Motion is accompanied by a Memorandum of Law, the Third Supplemental Declaration of Janine Castorina, the exhibits attached thereto, a Statement of Undisputed Material Facts, and a proposed Order.

Dated: December 12, 2024

Respectfully submitted

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ____/s/ Erika K. Oblea_____
    ERIKA K. OBLEA
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20530
    (202) 252-2567

*Attorneys for the United States of America*