UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' renewed motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendants' renewed motion is GRANTED; it is further

ORDERED that summary judgment is entered for Defendants.

SO ORDERED.


Date: _____

_____
ROYCE C. LAMBERTH
United States District Judge