**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | **No. 1:22-cv-01183-RCL**<br><br>**PLAINTIFF'S RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Americans for Fair Treatment ("AFFT") respectfully moves this Court for summary judgment as to Defendant United States Postal Service's ("USPS") withholding of information in records it produced under the Freedom of Information Act ("FOIA"). In support thereof, AFFT concurrently submits a memorandum of law and a statement of material facts. AFFT seeks the following relief:

1. Declaratory and injunctive relief requiring USPS to un-redact and produce to AFFT information that USPS admits is not exempt from FOIA because USPS has not met its segregability burden.

2. Declaratory and injunctive relief requiring USPS to un-redact and produce to AFFT information withheld pursuant to FOIA Exemption 5 because USPS has not met its burden of demonstrating foreseeable harm.

3. An order granting such other and further relief as the Court may deem just and proper.

1

Respectfully submitted,

Dated: January 14, 2025

**/s/ David R. Dorey**
David R. Dorey
D.C. Bar No. 1015586
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD  21401
Email: ddorey@liffwalsh.com
Telephone: (410) 266-9500
Facsimile: (410) 266-7699

*Counsel for Americans for Fair Treatment*

2