I.     AFFT'S COUNTER-STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS A GENUINE ISSUE

| USPS's Statement of Material Facts as to Which There is No Genuine Dispute | AFFT's Response |
|---|---|
| 1. By letter dated February 7, 2022, Plaintiff Americans for Fair Treatment submitted a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Postal Service for the following:<br><br>a. All records concerning the "Privacy Act Statement" contained on USPS's webform through which members of the public may order rapid antigen COVID-19 tests (https://special.usps.com/testkits). The records requested include, but are not limited to, those that reflect USPS's decision to depart from using its default "Privacy Act notice" that is "for personal information collected online" (which is published at https://about.usps.com/who/legal/privacy-policy/full-privacy-policy.htm) and | 1. Admitted. |

1

| USPS's Statement of Material Facts as to Which There is No Genuine Dispute | AFFT's Response |
|---|---|
| instead to use a "Privacy Act Statement" that says USPS may, without consent, disclose information it obtains about the public through the COVID-19 test webform to "labor organizations as required by applicable law." (hereinafter, "Item No. 1").<br><br>b.  All records concerning USPS's disclosure to any labor organization of information it obtained through the COVID-19 test webform. (hereinafter, "Item No. 2") 3d Supp. Castorina Decl. ¶ 18. | |
| 2.  On February 25, 2022, the Postal Service issued its determination indicating that there were no records responsive to Plaintiff's request. 3d Supp. Castorina Decl. ¶ 23. | 2. Admitted to the extent that USPS searched for some records.<br><br>Denied to the extent USPS states or implies that USPS produced all responsive records. |
| 3.  By letter dated March 15, 2022, Plaintiff administratively appealed the initial decision to the Office of the General Counsel. 3d | 3. Admitted. |

| USPS's Statement of Material Facts as to Which There is No Genuine Dispute | AFFT's Response |
|---|---|
| Supp. Castorina Decl. ¶ 24. | |
| 4. The Postal Service conducted another search, and on April 6, 2022, issued its decision, releasing nine pages in part as responsive to the first part of Plaintiff's request and finding no responsive records as to the second part. 3d Supp. Castorina Decl. ¶¶ 25-28. | 4. Admitted to the extent that USPS searched for some records.<br><br>Denied to the extent USPS states or implies that USPS properly redacted responsive documents. |
| 5. After the Court issued its opinion and order on March 23, 2023, ECF Nos. 30-31, the Postal Service conducted three supplemental searches in response to Plaintiff's request, releasing an additional 510 pages withheld in part under FOIA Exemptions 3, 5, and 6. 3d Supp. Castorina Decl. ¶¶ 30-51; 3d Supp. Castorina Decl. Ex. 1. | 5. Admitted to the extent that USPS searched for some records.<br><br>Denied to the extent USPS states or implies that USPS properly redacted responsive documents. |
| 6. Plaintiff's counsel has indicated that it no longer disputes the adequacy of the Postal Service's search, or the invocation of FOIA Exemptions 3 and 6. | 6. Admitted. |

3

| USPS's Statement of Material Facts as to Which There is No Genuine Dispute | AFFT's Response |
|---|---|
| App'x 2 at 2-3, E-mails. The parties have narrowed the issues to the Postal Service's invocation of Exemption 5. *Id.* | |

## II.   AFFT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

1.   USPS's production of responsive records in this matter shows that its operation to implement, consider, and revise the Privacy Act Statement on its COVID-19 test kit webform involved the Postmaster General, USPS's General Counsel, political staff at the White House, a United States Senator, and members of the public.  *See, e.g.*, *Vaughn* Index, ECF No. 83-4 at 73, 76 (Postmaster General); 20, 39, 49, 51, 59 (General Counsel); 42–44, 69 (United States Senator); 128 (members of the public).

Respectfully submitted,

Dated: January 14, 2025

**/s/ David R. Dorey**
David R. Dorey
D.C. Bar No. 1015586
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD  21401
Email: ddorey@liffwalsh.com
Telephone: (410) 266-9500
Facsimile: (410) 266-7699

*Counsel for Americans for Fair Treatment*

4