# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　Defendant. | No. 1:22-cv-01183-RCL<br><br><br>**[PROPOSED ORDER]** |

AND NOW, this _____ day of _____, 2025, upon consideration of AFFT's Renewed Cross-Motion for Summary Judgment, supporting briefs and documents, and any responses and replies thereto, and finding good cause exists, IT IS HEREBY ORDERED that AFFT's Renewed Cross-Motion for Summary Judgment is GRANTED.  It is FURTHER DECLARED AND ORDERED as follows:

1. USPS has not met its burden to demonstrate that non-exempt information in the records it produced under FOIA is not segregable from exempt information. USPS shall un-redact all such information from the records and reproduce them to AFFT.

2. USPS has not met its burden to demonstrate that foreseeable harm would result from disclosure of information in the records it produced to AFFT that is covered by FOIA Exemption 5.  USPS shall un-redact all information it redacted from the records pursuant to FOIA Exemption 5 and reproduce them to AFFT.

2

BY THE COURT

_____

Hon. Royce C. Lamberth
U.S. District Judge