UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | Civil Action No. 22-1183 (RCL) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's cross motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Plaintiff's cross motion is DENIED.

SO ORDERED:


_____                                          _____
Date                                                                                  ROYCE C. LAMBERTH
                                                                                              United States District Judge