UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

    *Plaintiff*,

v.

                          Case No. 1:22-cv-01183-RCL

UNITED STATES POSTAL SERVICE, *et al.*,

    *Defendants*.

## ORDER

For the reasons stated in the Court's Memorandum Opinion issued this date, it is hereby

**ORDERED** that USPS's Motion [ECF No. 83] for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART** and AFFT's Cross-Motion [ECF No. 85] for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART.**

It is further **ORDERED** USPS either:

    (1) Provide a concrete explanation as to how its disclosure of documents USPS_7–USPS_9 and USPS_516–USPS_519 would prevent its officials from speaking candidly or chill employees from communicating with the White House regarding the Privacy Act Statement, and (2) Provide a reasonably specific basis for its conclusions regarding segregability for documents USPS_192 through USPS_196;

- OR disclose documents USPS_7 through USPS_9, USPS_516 through USPS_519, USPS_192, USPS_193, and USPS_194 through USPS_196 in their entirety to AFFT.

1

It is further **ORDERED** the parties to meet and confer and to file within fourteen days of the entry of this Order a proposed scheduling order setting out a timeline for compliance with this Court's Order. Once USPS has satisfied its obligations under this Order, if the parties are unable to resolve any remaining disputes without the Court's involvement, they may file renewed motions for summary judgment.

Date: August __ 2025

Royce C. Lamberth
United States District Judge

2