UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| AMERICANS FOR FAIR TREATMENT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1183 (RCL) |
| | ) | |
| UNITED STATES POSTAL SERVICE, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated August 11, 2025, the parties have conferred and provide the following joint status report. This Freedom of Information Act ("FOIA") action concerns Plaintiff's request for information "concerning the 'Privacy Act Statement' contained on [Defendant]'s webform through which members of the public may order rapid antigen COVID-19 tests" and Defendant's "disclosure to any labor organization of information it obtained through the COVID-19 test webform." Compl. ¶ 19, ECF No. 1.

On August 11, 2025, the Court granted in part and denied in part Defendants' Motion for Summary Judgment and granted in part and denied in part Plaintiff's Cross-Motion for Summary Judgment. Mem. Op., ECF No. 89; Order, ECF No. 90. In particular, the Court ordered that U.S. Postal Service ("USPS")

> "(1) Provide a concrete explanation as to how its disclosure of documents USPS_7-USPS_9 and USPS_516-USPS_519 would prevent its officials from speaking candidly or chill employees from communicating with the White House regarding the Privacy Act Statement, and (2) Provide a reasonably specific basis for its conclusions regarding segregability for documents USPS_192 through USPS_196;

- OR disclose documents USPS_7 through USPS_9, USPS_516 through USPS_519, USPS 192, USPS 193, and USPS 194 through USPS 196 in their entirety to AFFT.

Order at 1, ECF No. 90. The Court ordered the parties to meet and confer and file within fourteen days of the order "a proposed scheduling order setting a timeline for compliance with the Court's order." *Id.* at 2.

### Defendants' Position

For USPS_7-USPS_9, USPS intends to file a motion for reconsideration by September 8, 2025, of the Court's order denying summary judgment for Defendant for these pages on the basis that USPS failed to establish that information was properly withheld based on Exemption 5's deliberative process privilege. USPS notes that on USPS_7-USPS_9, USPS applied Exemption 5's attorney client privileges for the same withholdings that it withheld under the deliberative process privilege. *See Vaughn* Index at 6-9, ECF No. 83-4. USPS notes that the Court granted summary judgment as to all of USPS's withholdings under Exemption 5's attorney client privilege. Mem. Op. at 12-14, ECF No. 89.

For USPS_516-USPS_519, USPS also intends to file a motion for reconsideration by September 8, 2025, of the Court's order denying summary judgment for these pages on the basis that USPS failed to establish that information was properly withheld based on Exemption 5's deliberative process privilege. USPS notes that it did not assert any Exemption 5 deliberative process privilege on those pages and only asserted Exemption 6, which Plaintiff has not disputed. *See Vaughn* Index at 129, ECF No. 83-4; Defs.' Mot. for Summ. J. App'x 2 at 2-3, Dec. 6, 2024, Emails, ECF No. 83-5.

For USPS_192-USPS_196, USPS is considering whether to make any additional disclosures or provide further explanation pursuant to the Court's Order. USPS proposes that it

will comply with the August 11, 2025, Order as to USPS_192-USPS_196 on or before September 8, 2025. Thereafter, Defendant expects to meet and confer with Plaintiff as to whether any other issues remain with respect to USPS_192-USPS_196. Defendant proposes filing another Joint Status Report on or before September 24, 2025, to report on the status of the parties' discussions.

**Plaintiff's Position**

Plaintiff AFFT intends to review and respond to USPS's intended reconsideration motion as appropriate. AFFT agrees with USPS's proposed deadline of September 8, 2025, to consider producing additional information and with its proposed September 24, 2025, deadline to file a Joint Status Report.

Dated: August 25, 2025                                    Respectfully submitted,

*/s/ David R. Dorey*                                        JEANINE F. PIRRO
David R. Dorey                                                United States Attorney
D.C. Bar No. 1015586 Email:
ddorey@liffwalsh.com
LIFF, WALSH & SIMMONS
181 Harry S. Truman Parkway                      By: _____*/s/ Erika Oblea*_____
Suite 200                                                          ERIKA OBLEA, D.C. Bar # 1034393
Annapolis, MD 21401                                      Assistant United States Attorney
Telephone: (410) 266-9500                            601 D Street, NW
Facsimile: (410) 266-7699                             Washington, DC 20530
                                                                      (202) 252-2567
*Counsel for Americans for Fair Treatment*      erika.oblea@usdoj.gov

                                                                      *Attorneys for the United States of America*