UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, et al.,

Defendants.

Civil Action No. 22-1183 (RCL)

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion for reconsideration, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that upon reconsideration, summary judgment is GRANTED to Defendants with respect to Defendants' withholdings concerning the records labeled USPS_7 through USPS_9 and USPS_516 through USPS_519.


SO ORDERED:


_____                    _____
Date                                                          ROYCE C. LAMBERTH
                                                                 United States District Judge