| | |
|---|---|
| **From:** | Castorina, Janine - Washington, DC |
| **To:** | Stevenson, Ruth B - Washington, DC |
| **Subject:** | RE: here you go |
| **Date:** | Thursday, January 20, 2022 2:10:00 PM |
| **Attachments:** | Response to Law Enforcement Concerns re Test Kits.docx |

(b) (5)

Janine Castorina

Chief Privacy and Records Officer

United States Postal Service

475 L'Enfant Plaza, SW

Washington DC, 20260

(b) (6)

202.268.2049 fax

**From:** Stevenson, Ruth B - Washington, DC <(b) (6)

**Sent:** Thursday, January 20, 2022 2:09 PM

**To:** Castorina, Janine - Washington, DC <(b) (6)

**Subject:** RE: here you go

Thanks Janine. (b) (5)

Thanks,
Ruth

**From:** Castorina, Janine - Washington, DC <(b) (6)

**Sent:** Thursday, January 20, 2022 1:50 PM

**To:** Stevenson, Ruth B - Washington, DC <(b) (6)

**Subject:** here you go

Janine Castorina

Chief Privacy and Records Officer

United States Postal Service

475 L'Enfant Plaza, SW

Washington DC, 20260

(b) (6)

202.268.2049 fax

USPS_192



USPS_193

| | |
|---|---|
| **From:** | Stevenson, Ruth B - Washington, DC |
| **To:** | Castorina, Janine - Washington, DC |
| **Subject:** | RE: here you go |
| **Date:** | Thursday, January 20, 2022 2:54:22 PM |
| **Attachments:** | Response to Law Enforcement Concerns re Test Kits.docx |

(b) (5)    I am making edits.  Here is what I have (tracked changes).  Open to your thoughts.

**From:** Castorina, Janine - Washington, DC <(b) (6)
**Sent:** Thursday, January 20, 2022 2:53 PM
**To:** Stevenson, Ruth B - Washington, DC <(b) (6)
**Subject:** RE: here you go
**Importance:** High

Any edits? (b) (5)


Janine Castorina

Chief Privacy and Records Officer

United States Postal Service

475 L'Enfant Plaza, SW

Washington DC, 20260

(b) (6)

202.268.2049 fax

**From:** Castorina, Janine - Washington, DC
**Sent:** Thursday, January 20, 2022 2:11 PM
**To:** Stevenson, Ruth B - Washington, DC <(b) (6)
**Subject:** RE: here you go


(b) (5)


Janine Castorina

Chief Privacy and Records Officer

United States Postal Service

475 L'Enfant Plaza, SW

Washington DC, 20260

(b) (6)

202.268.2049 fax

**From:** Stevenson, Ruth B - Washington, DC <(b) (6)
**Sent:** Thursday, January 20, 2022 2:09 PM
**To:** Castorina, Janine - Washington, DC <(b) (6)
**Subject:** RE: here you go

Thanks Janine. <span style="background:black;color:red">(b) (5)</span> ████████████

Thanks,
Ruth

---

**From:** Castorina, Janine - Washington, DC <<span style="background:black;color:red">(b) (6)</span> ████████
**Sent:** Thursday, January 20, 2022 1:50 PM
**To:** Stevenson, Ruth B - Washington, DC <<span style="background:black;color:red">(b) (6)</span> ████████
**Subject:** here you go

Janine Castorina
Chief Privacy and Records Officer
United States Postal Service
475 L'Enfant Plaza, SW
Washington DC, 20260
<span style="background:black;color:red">(b) (6)</span> ████
202.268.2049 fax

