UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| AMERICANS FOR FAIR TREATMENT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1183 (RCL) |
| | ) | |
| UNITED STATES POSTAL SERVICE, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the parties' proposal in its September 24, 2025, Joint Status Report, and the Chief Judge's November 13, 2025, Order, the parties have conferred and provide the following joint status report. This Freedom of Information Act ("FOIA") action concerns Plaintiff's request for information "concerning the 'Privacy Act Statement' contained on [Defendant]'s webform through which members of the public may order rapid antigen COVID-19 tests" and Defendant's "disclosure to any labor organization of information it obtained through the COVID-19 test webform." Compl. ¶ 19, ECF No. 1.

On August 11, 2025, the Court granted in part and denied in part Defendants' Motion for Summary Judgment and granted in part and denied in part Plaintiff's Cross-Motion for Summary Judgment. Mem. Op., ECF No. 89; Order, ECF No. 90. In particular, the Court ordered that U.S. Postal Service ("USPS")

> "(1) Provide a concrete explanation as to how its disclosure of documents USPS_7-USPS_9 and USPS_516-USPS_519 would prevent its officials from speaking candidly or chill employees from communicating with the White House regarding the Privacy Act Statement, and (2) Provide a reasonably specific basis for its conclusions regarding segregability for documents USPS_192 through USPS_196;

- OR disclose documents USPS_7 through USPS_9, USPS_516 through USPS_519, USPS 192, USPS 193, and USPS 194 through USPS 196 in their entirety to AFFT.

Order at 1, ECF No. 90.

On September 8, 2025, USPS moved unopposed for reconsideration of the Court's order regarding USPS_7 through USPS_9, and USPS_516 through USPS_519. ECF No. 92. That motion remains pending. On the same day, USPS also made a supplemental release for USPS_192 to USPS_196 and provided an affidavit to explain any information that continued to be withheld. ECF No. 93. On October 3, 2025, USPS made a supplemental release of information previously withheld solely pursuant to Exemption 5's deliberative process privilege.

Plaintiff has indicated it is satisfied with USPS's supplemental releases and the only issue remaining for this matter is the demand for attorney's fees and costs. Defendant is evaluating Plaintiff's demand. The parties expect to meet and confer to determine whether the case can be resolved without further litigation, and if not propose a schedule for briefing on attorney's fees and costs. The parties propose filing another Joint Status Report on or before February 17, 2026, to report on the parties' discussions or propose a briefing schedule if necessary, unless a stipulation of dismissal is filed before then.

Dated: December 16, 2025

Respectfully submitted,

*/s/ David R. Dorey*
David R. Dorey
D.C. Bar No. 1015586
FISHER & PHILLIPS LLP
1401 New York Avenue, NW  Suite 400
Washington, DC 20005
drdorey@fisherphillips.com
(202) 978-9655

*Counsel for Americans for Fair Treatment*

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Erika Oblea*_____
ERIKA OBLEA, D.C. Bar # 1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*