UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR FAIR TREATMENT | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-1183 (RCL) |
| UNITED STATES POSTAL SERVICE, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] SCHEDULE**

Upon consideration of the parties' Proposed Briefing Schedule, it is hereby:

**ORDERED** that the following schedule shall govern further proceedings in this matter:

- Plaintiff's fees petition shall be filed no later than June 3, 2026;

- Defendants' opposition shall be filed no later than July 20, 2026; and

- Plaintiff's reply shall be filed no later than August 10, 2026.

Dated: _____

_____
ROYCE C. LAMBERTH
United States District Judge