**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>   Defendant. | No.  1:22-cv-1183-RCL<br><br><br><br>**DECLARATION OF<br>DAVID R. DOREY** |

I, David R. Dorey, make the following Declaration in lieu of affidavit in accordance with the provisions of 28 U.S.C. § 1746. I understand that my declaration may be introduced into the record of the above captioned action, or any other grievance, administrative proceeding, or suit pending in a court of law.

1.     I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.     I am counsel for Americans for Fair Treatment ("AFFT"), plaintiff in this litigation.

3.     I have been counsel for AFFT since the inception of this case in 2022.

4.     I have personally overseen the work of every timekeeper on this matter.

5.     Every timekeeper made contemporaneous, detailed, and accurate time entries for time spent on this matter, as reflected in the attached **Exhibit A**.

6.     I graduated from law school in 2012.  Accordingly, my appropriate rates under the FY2025 Fitzpatrick Matrix are $723 for 2022; $738 for 2023; $754 for 2024; $768 for 2025; and $780 for 2026.

1

7.    Tessa Shurr graduated from law school in 2021.  Accordingly, her appropriate rates under the FY2025 Fitzpatrick Matrix are $561 for 2022; $581 for 2023; and $602 for 2024.

8.    LDM and KLB were law clerks when they recorded time on this matter. Accordingly, their appropriate rates under the FY2025 Fitzpatrick Matrix are for all years are $255.

9.    Sarah Burdon and Lindsey Wanner are paralegals.  Accordingly, their appropriate rates under the FY2025 Fitzpatrick Matrix for all years are $255.

10.    The attached **Exhibit A** contains the results of formulas created in Microsoft Excel multiplying the appropriate attorney experience year against the amount of time spent for each entry, and formulas multiplying $255 against the amount of time spent for each entry for all entries of non-attorneys.

11.    AFFT's counsel spent 669 hours on the litigation phase of this case.  The lodestar rate for that is $405,073.10.  **Ex. A.**

12.    Based on my reasonable billing judgment, AFFT has reduced its request from the lodestar amount by an additional 10%, for a total of $364,565.79.

13.    AFFT's counsel has thus far spent 22.3 hours on the fee phase of this case (fees-on-fees).  The lodestar rate for that is $15,058.50.  **Ex A.**

14.    The attached **Exhibit B** contains the costs AFFT incurred in this matter including the filing fee, service fees, and the *pro hac vice* fee for Attorney Shurr.

15.    AFFT has incurred $551.80 of costs in this matter.  **Ex B.**

16.    AFFT accordingly seeks a total award at this time of $380,176.09.  AFFT will increase this amount for time spent filing a reply brief.


I declare under penalty of perjury that the foregoing is and correct. Executed on June 3, 2026.

**/s/ David R. Dorey**

# Exhibit A

| Date | Hours | Calculation | Description | User |
|---|---|---|---|---|
| 3/11/2022 | 0.4 | $289.20 | Email correspondence with NJM regarding draft appeal and research legal issue relevant to same | David Dorey |
| 3/11/2022 | 4.7 | $3,398.10 | Open AFFT file and confer with client regarding same; draft/revise FOIA administrative appeal; confer with client and NJM regarding same | David Dorey |
| 3/11/2022 | 0.5 | $280.50 | Review and edit USPS FOIA administrative appeal; conferences regarding the same | Tessa Shurr |
| 3/14/2022 | 0.1 | $72.30 | Email correspondence with NJM regarding review of appeal | David Dorey |
| 3/15/2022 | 0.2 | $144.60 | Email correspondence regarding review of draft appeal document | David Dorey |
| 3/15/2022 | 0.6 | $433.80 | Proof and finalize appeal and confer with NJM and client about same; draft cover and send appeal to USPS | David Dorey |
| 3/15/2022 | 0.1 | $72.30 | Email correspondence with NJM regarding standard of review | David Dorey |
| 3/15/2022 | 0.4 | $102.00 | Review appeal letter | Lindsey Wanner |
| 3/16/2022 | 0.2 | $144.60 | Review appeal response letter and confer with LAW and TES regarding same | David Dorey |
| 4/5/2022 | 0.1 | $72.30 | Email correspondence with client regarding privacy act | David Dorey |
| 4/6/2022 | 2.7 | $1,952.10 | Review/analyze response to administrative appeal from general counsel; email with NJM and DRAS regarding same | David Dorey |
| 4/7/2022 | 3.2 | $2,313.60 | Review AFFT administrative response in detail and research legal issues related to same; confer with client | David Dorey |
| 4/8/2022 | 2.3 | $1,662.90 | Telephone call with client and research legal issues related to administrative appeal | David Dorey |
| 4/11/2022 | 7.4 | $5,350.20 | Draft complaint and research legal issues related to same | David Dorey |
| 4/12/2022 | 6.9 | $4,988.70 | Draft/revise complaint and research legal and factual issues related to same | David Dorey |
| 4/13/2022 | 6.7 | $4,844.10 | Draft/revise complaint and research legal issues related to same | David Dorey |
| 4/14/2022 | 6.8 | $4,916.40 | Draft/revise complaint and research legal issues related to same | David Dorey |
| 4/15/2022 | 5.6 | $4,048.80 | Draft/revise complaint and research legal issues related to same | David Dorey |
| 4/15/2022 | 0.3 | $168.30 | Research regarding complaint | Tessa Shurr |
| 4/18/2022 | 5.9 | $4,265.70 | Draft/revise complaint and research issues related to same | David Dorey |
| 4/19/2022 | 5.2 | $3,759.60 | Draft/revise complaint and confer with client regarding same | David Dorey |
| 4/19/2022 | 2.4 | $1,346.40 | Review and edit Complaint | Tessa Shurr |
| 4/21/2022 | 0.1 | $56.10 | Conference regarding revisions to Complaint | Tessa Shurr |
| 4/21/2022 | 0.1 | $56.10 | Conference regarding revisions to Complaint | Tessa Shurr |
| 4/22/2022 | 3.1 | $2,241.30 | Review comments on complaint; review/revise complaint; email with NJM and DRAS regarding same | David Dorey |
| 4/25/2022 | 0.8 | $204.00 | Prep case opening docs and exhibits | Lindsey Wanner |
| 4/26/2022 | 0.1 | $72.30 | Email with DRAS regarding complaint | David Dorey |
| 4/27/2022 | 0.1 | $72.30 | Email with NJM about complaint revision | David Dorey |
| 4/27/2022 | 0.6 | $153.00 | Proof complaint | Lindsey Wanner |
| 4/28/2022 | 3.2 | $2,313.60 | Review/finalize complaint and related documents; confer with client and LAW re same | David Dorey |
| 4/28/2022 | 5.3 | $1,351.50 | Proof and finalize complaint; file complaint and related case opening documents | Lindsey Wanner |
| 4/29/2022 | 2.3 | $1,662.90 | Confer with client regarding press outreach; confer internally re same; review/revise fact statement | David Dorey |
| 5/10/2022 | 0.2 | $144.60 | Email correspondence with client about scheduling | David Dorey |
| 5/13/2022 | 0.7 | $506.10 | Work on proof of service issues and confer with LAW about same | David Dorey |
| 5/16/2022 | 0.4 | $289.20 | Finalize affidavits of service and confer with client and LAW about same | David Dorey |
| 5/16/2022 | 0.4 | $102.00 | Finalize and file affidavits of mailing re service of complaint and summons on defendants, AG, US attorney | Lindsey Wanner |
| 5/17/2022 | 0.2 | $144.60 | Confer with DRAS regarding privacy act language | David Dorey |
| 5/19/2022 | 0.2 | $51.00 | Finalize and file TES PHV motion and supporting docs | Lindsey Wanner |
| 5/31/2022 | 4.1 | $2,964.30 | Research legal issues related to delegation of Postmaster General responsibility | David Dorey |
| 5/31/2022 | 0.8 | $448.80 | Conference regarding legal issue; begin researching legal issue | Tessa Shurr |
| 6/2/2022 | 0.2 | $51.00 | Finalize and file TES entry of appearance | Lindsey Wanner |
| 6/9/2022 | 0.8 | $578.40 | Research legal issues related to answer to complaint | David Dorey |
| 6/9/2022 | 1.6 | $1,156.80 | Review answer to complaint and confer with client re same | David Dorey |
| 6/9/2022 | 0.3 | $168.30 | Conferences regarding Answer | Tessa Shurr |
| 6/10/2022 | 3.7 | $2,675.10 | Research legal issues regarding answer to complaint | David Dorey |
| 6/10/2022 | 2 | $510.00 | Research re locating briefs re defs.' claim that APA doesn't apply to USPS | Lindsey Wanner |
| 6/10/2022 | 0.6 | $336.60 | Conferences regarding Answer | Tessa Shurr |
| 6/12/2022 | 1.3 | $331.50 | Research re steps in DDC FOIA cases | Lindsey Wanner |
| 6/13/2022 | 0.5 | $361.50 | Review scheduling order; telephone conference with client re same | David Dorey |
| 6/14/2022 | 0.1 | $56.10 | Conference regarding litigation strategy | Tessa Shurr |
| 6/22/2022 | 1 | $723.00 | Meeting with TES to discuss summary judgment motion preparation | David Dorey |
| 6/22/2022 | 1 | $561.00 | Conference regarding litigation strategy | Tessa Shurr |
| 6/28/2022 | 2.1 | $1,178.10 | Research and conferences regarding legal issues | Tessa Shurr |
| 6/29/2022 | 0.3 | $216.90 | Confer with TES regarding research for summary judgment motion | David Dorey |
| 6/29/2022 | 0.1 | $56.10 | Conferences regarding legal issues | Tessa Shurr |
| 6/30/2022 | 0.2 | $112.20 | Conferences regarding legal research | Tessa Shurr |
| 7/1/2022 | 0.6 | $336.60 | Research legal issues | Tessa Shurr |
| 7/5/2022 | 0.6 | $433.80 | Confer with government counsel re deadlines; telephone call with client re same and other status | David Dorey |
| 7/5/2022 | 1.5 | $841.50 | Conferences regarding legal issues; research regarding the same | Tessa Shurr |
| 7/6/2022 | 1.1 | $617.10 | Research regarding legal issues; conferences regarding the same | Tessa Shurr |
| 7/7/2022 | 0.3 | $216.90 | Review/analyze government's motion and email correspondence with government counsel re same | David Dorey |
| 7/7/2022 | 0.2 | $112.20 | Conferences regarding briefing schedule | Tessa Shurr |
| 7/12/2022 | 0.2 | $144.60 | Review scheduling order and confer with NJM re same | David Dorey |
| 7/12/2022 | 0.1 | $72.30 | Confer with client re new schedule | David Dorey |
| 8/2/2022 | 3.4 | $2,458.20 | Review/analyze government's SJ filing; meeting with TES re response to same; confer with NJM re same | David Dorey |
| 8/2/2022 | 7.8 | $4,375.80 | Review Defendant's motion for summary judgment and attached documents; conferences regarding the same; begin preparing outline of motion for summary judgment; research legal issues | Tessa Shurr |
| 8/4/2022 | 0.2 | $112.20 | Conference regarding legal issues | Tessa Shurr |
| 8/5/2022 | 2.9 | $2,096.70 | Review/analyze USPS summary judgment filing, particularly Castorina Decl.; research legal issues w/r/t same | David Dorey |
| 8/5/2022 | 0.2 | $112.20 | Conference regarding factual issues | Tessa Shurr |
| 8/7/2022 | 1.2 | $306.00 | Review defendants' motion to dismiss filings; research re same | Lindsey Wanner |
| 8/8/2022 | 6.5 | $4,699.50 | Review/analyze government brief and research legal issues related to same; outline response brief | David Dorey |
| 8/8/2022 | 0.4 | $224.40 | Conferences regarding litigation strategy | Tessa Shurr |
| 8/9/2022 | 2.4 | $1,735.20 | Research legal issues relevant to summary judgment motion and outline same | David Dorey |
| 8/10/2022 | 6.2 | $4,482.60 | Research legal issues relevant to summary judgment petition and confer with TES re same; outline same | David Dorey |

Time Entries

| Date | Hours | Calculation | Description | User |
|---|---|---|---|---|
| 8/10/2022 | 0.2 | $144.60 | Email correspondence with client about new FOIA request | David Dorey |
| 8/10/2022 | 0.5 | $361.50 | Telephone call with client regarding summary judgment brief | David Dorey |
| 8/10/2022 | 0.4 | $224.40 | Review outline/research for Plaintiff's Cross-Motion for Summary Judgment | Tessa Shurr |
| 8/11/2022 | 1.6 | $1,156.80 | Research  legal issues relevant to summary judgment motion and outline same | David Dorey |
| 8/11/2022 | 0.4 | $224.40 | Conference regarding litigation strategy | Tessa Shurr |
| 8/15/2022 | 1 | $561.00 | Begin preparing counter-statement of material facts | Tessa Shurr |
| 8/16/2022 | 7.3 | $4,095.30 | Finish preparing draft counter-statement of facts; research regarding same | Tessa Shurr |
| 8/18/2022 | 2.3 | $1,290.30 | Research legal issues | Tessa Shurr |
| 8/19/2022 | 4.7 | $2,636.70 | Research legal issues; prepare Counter-Statement of Facts and Statement of Facts; conferences regarding same | Tessa Shurr |
| 8/22/2022 | 0.6 | $336.60 | Conferences regarding Memorandum of Law in Support of Plaintiff's cross-MSJ and in Opposition to Defendants' MSJ | Tessa Shurr |
| 8/23/2022 | 0.9 | $650.70 | Conference with TES re drafting summary judgment brief | David Dorey |
| 8/23/2022 | 2.3 | $1,662.90 | Review/revise counterstatement of facts and confer with TES re same | David Dorey |
| 8/23/2022 | 4.3 | $2,412.30 | Begin preparing Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ; research and conferences regarding same | Tessa Shurr |
| 8/24/2022 | 6.2 | $3,478.20 | Research legal issues; continue preparing Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ; conferences regarding same | Tessa Shurr |
| 8/25/2022 | 4.6 | $3,325.80 | Draft summary judgment opposition and research legal issues related to same; confer with TES re same | David Dorey |
| 8/25/2022 | 2.4 | $1,346.40 | Conferences regarding Plaintiff's brief in support of Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ; continue drafting same | Tessa Shurr |
| 8/26/2022 | 2.3 | $1,662.90 | Draft brief in support of motion for summary judgment and confer with TES re same | David Dorey |
| 8/26/2022 | 7.7 | $4,319.70 | Review and revise Plaintiff's Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ; research foreseeable harm; prepare foreseeable harm section of memorandum of law | Tessa Shurr |
| 8/27/2022 | 3.6 | $2,602.80 | Draft summary judgment brief; research legal issues relevant to same; confer with TES re same | David Dorey |
| 8/28/2022 | 3.7 | $2,675.10 | Draft/revise summary judgment motion and confer with TES re same | David Dorey |
| 8/29/2022 | 8.8 | $6,362.40 | Draft/revise summary judgment brief; confer with TES and LAW re same; research legal issues relevant to same | David Dorey |
| 8/29/2022 | 0.2 | $144.60 | Email correspondence with client and NJM re change in counsel | David Dorey |
| 8/29/2022 | 10 | $5,610.00 | Research exemption 5; prepare exemption attorney-client privilege section of Plaintiff's Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ; review and revise same; conferences regarding same | Tessa Shurr |
| 8/30/2022 | 4.3 | $3,108.90 | Draft/revise summary judgment motion and confer with TES re same | David Dorey |
| 8/30/2022 | 9.7 | $5,441.70 | Research deliberative process privilege; draft deliberative process privilege section of Plaintiff's Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ; conferences regarding same; review and revise same | Tessa Shurr |
| 8/31/2022 | 2.4 | $1,735.20 | Draft revise summary judgment papers and confer with TES re same | David Dorey |
| 8/31/2022 | 0.5 | $127.50 | Compile exhibits for Kines declaration | Lindsey Wanner |
| 9/1/2022 | 1.8 | $1,301.40 | Revise summary judgment motion and confer with TES re same | David Dorey |
| 9/1/2022 | 2.2 | $1,590.60 | Draft/revise summary judgment motion and confer with LAW, TES re same | David Dorey |
| 9/1/2022 | 0.7 | $506.10 | Meeting with client concerning declaration and prepare for same | David Dorey |
| 9/1/2022 | 4.3 | $1,096.50 | Review brief in opposition to motion for summary judgment and related filings | Lindsey Wanner |
| 9/1/2022 | 5.4 | $3,029.40 | Revise Plaintiff's Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ; review and revise KM Declaration; review and revise Statement/Counterstatement of facts | Tessa Shurr |
| 9/2/2022 | 8.2 | $5,928.60 | Draft/revise/finalize summary judgment motion and confer with LAW, TES, client re same; confer with client regarding second FOIA request | David Dorey |
| 9/2/2022 | 11.6 | $2,958.00 | Review and file brief in opposition to MSJ and related filings | Lindsey Wanner |
| 9/2/2022 | 11 | $6,171.00 | Review KM Declaration, Cross-MSJ, and Proposed Order Granting AFFT's Cross-MSJ; prepare Proposed Order Denying USPS's MSJ; research D.D.C. local rules; review, revise, and finalize Plaintiff's Memorandum of Law in Support of Plaintiff's Cross-MSJ and in Opposition to Defendants' MSJ, Counter-Statement of Facts, and Statement of Facts; conferences regarding all | Tessa Shurr |
| 9/6/2022 | 0.1 | $72.30 | Confer with LAW re 2d FOIA request response deadline | David Dorey |
| 9/6/2022 | 1.8 | $459.00 | Research reply to MSJ procedure and email findings to attorneys | Lindsey Wanner |
| 9/7/2022 | 0.9 | $650.70 | Confer with P. McBride regarding briefing schedule; review analysis regarding cross-motions | David Dorey |
| 9/9/2022 | 0.2 | $144.60 | Review minute order and confer with NJM re same | David Dorey |
| 9/9/2022 | 0.4 | $289.20 | Review initial response from USPS to second FOIA request and confer with client, TES re same | David Dorey |
| 9/21/2022 | 0.3 | $216.90 | Review/analyze USPS response to second FOIA request and confer with NJM, TES re same | David Dorey |
| 10/7/2022 | 0.1 | $72.30 | Review notice of appearance and confer with NJM, TES | David Dorey |
| 10/11/2022 | 0.3 | $168.30 | Conferences regarding litigation strategy | Tessa Shurr |
| 10/12/2022 | 0.4 | $289.20 | Review extension motion and confer with client, NJM, TES re same | David Dorey |
| 10/12/2022 | 0.1 | $72.30 | Email correspondence with opposing counsel regarding extension | David Dorey |
| 10/12/2022 | 0.5 | $280.50 | Conferences regarding litigation strategy | Tessa Shurr |
| 10/13/2022 | 0.4 | $224.40 | Review USPS's motion for briefing extension; conferences regarding same | Tessa Shurr |
| 10/27/2022 | 1.8 | $1,009.80 | Begin review of USPS's brief in opposition to Plaintiff's cross-MSJ; conferences regarding same | Tessa Shurr |
| 10/28/2022 | 5.4 | $3,904.20 | Review cross-motion for summary judgment papers and confer with TES re same; outline same | David Dorey |
| 10/28/2022 | 0.7 | $392.70 | Research federal rules of civil procedure | Tessa Shurr |
| 10/31/2022 | 4.4 | $3,181.20 | Draft summary judgment reply; research legal issues re same; confer with TES | David Dorey |
| 10/31/2022 | 1.6 | $1,156.80 | Review motion to dismiss; confer with client re same; email with opposing counsel about discussing same | David Dorey |
| 10/31/2022 | 4.5 | $2,524.50 | Continue preparing brief outline; research legal issues; conferences regarding same; correspondence with opposing counsel | Tessa Shurr |
| 11/1/2022 | 0.4 | $289.20 | Telephone conference with M. Yohannon and prepare for same | David Dorey |
| 11/1/2022 | 1.1 | $617.10 | Teleconference with opposing counsel; conferences regarding litigation strategy | Tessa Shurr |
| 11/2/2022 | 4.2 | $3,036.60 | Draft/revise summary judgment reply and research legal issues relevant to same | David Dorey |
| 11/2/2022 | 3.3 | $1,851.30 | Research legal issues | Tessa Shurr |
| 11/3/2022 | 7.1 | $5,133.30 | Draft/revise summary judgment reply and confer with LAW and TES re same | David Dorey |
| 11/3/2022 | 4.8 | $2,692.80 | Research legal issues; conferences regarding same; begin preparing draft brief (Reply in Support of Cross-MSJ) | Tessa Shurr |
| 11/4/2022 | 6.5 | $4,699.50 | Draft/revise summary judgment reply brief; confer with client re same; review/revise extension motion | David Dorey |
| 11/4/2022 | 0.3 | $76.50 | Finalize and file motion for extension of time re response to partial motion to dismiss | Lindsey Wanner |
| 11/4/2022 | 3 | $1,683.00 | Conferences regarding brief (Reply in Support of Cross-MSJ); correspondence with opposing counsel; prepare draft, revise, and finalize Motion for extension of time to oppose Defendant's Motion to Dismiss; conferences regarding same | Tessa Shurr |
| 11/7/2022 | 1.2 | $867.60 | Draft/revise summary judgment reply | David Dorey |

| Date | Hours | Calculation | Description | User |
|---|---|---|---|---|
| 11/7/2022 | 3.2 | $1,795.20 | Research regarding attorney-client privilege; continue drafting attorney-client privilege section of brief (Reply in Support of Cross-MSJ) | Tessa Shurr |
| 11/8/2022 | 1.1 | $617.10 | Continue preparing draft brief (Reply in Support of Cross-MSJ) | Tessa Shurr |
| 11/14/2022 | 4.5 | $3,253.50 | Draft/revise summary judgment reply and confer with TES re same | David Dorey |
| 11/14/2022 | 1.3 | $729.30 | Continue preparing draft brief (Reply in Support of Cross-MSJ); legal research and conferences regarding same | Tessa Shurr |
| 11/15/2022 | 3.6 | $2,602.80 | Draft/revise summary judgment reply | David Dorey |
| 11/15/2022 | 0.4 | $224.40 | Continue preparing and revising draft brief (Reply in Support of Cross-MSJ); conference regarding same | Tessa Shurr |
| 11/16/2022 | 4.8 | $3,470.40 | Draft/revise summary judgment brief;  confer with NJM re same | David Dorey |
| 11/16/2022 | 3.6 | $918.00 | Review reply brief re: cross motions for summary judgment | Lindsey Wanner |
| 11/16/2022 | 5.2 | $2,917.20 | Continue preparing and revising draft brief (Reply in Support of Cross-MSJ); conferences regarding same | Tessa Shurr |
| 11/17/2022 | 0.4 | $289.20 | Revise summary judgment reply and confer with TES | David Dorey |
| 11/17/2022 | 4.3 | $3,108.90 | Draft/revise summary judgment reply | David Dorey |
| 11/17/2022 | 1.3 | $331.50 | Review reply brief re: cross motion for summary judgment | Lindsey Wanner |
| 11/17/2022 | 8.4 | $4,712.40 | Continue preparing and revising draft brief (Reply in Support of Cross-MSJ); legal research and conferences regarding same | Tessa Shurr |
| 11/18/2022 | 3.1 | $2,241.30 | Revise/finalize summary judgment brief and confer with TES, LAW, client re same | David Dorey |
| 11/18/2022 | 6.2 | $1,581.00 | Review and file reply brief re: cross motions for summary judgment | Lindsey Wanner |
| 11/18/2022 | 3.5 | $1,963.50 | Review, revise, finalize, and file Reply in Support of Cross-MSJ; conferences regarding same | Tessa Shurr |
| 11/29/2022 | 1.3 | $939.90 | Email correspondence with opposing counsel regarding status of second FOIA request; draft/revise MTD response | David Dorey |
| 11/29/2022 | 2.8 | $1,570.80 | Research legal issues; begin preparing opposition to Defendants' Partial Motion to Dismiss | Tessa Shurr |
| 11/30/2022 | 8.1 | $5,856.30 | Draft/revise MTD opposition and confer with TES re same | David Dorey |
| 11/30/2022 | 11.9 | $6,675.90 | Research legal issues; continue preparing opposition to Defendants' Partial Motion to Dismiss; prepare draft declaration; conferences regarding all | Tessa Shurr |
| 12/1/2022 | 5.8 | $4,193.40 | Draft/revise motion to dismiss opposition; research legal issues relevant to same; confer with TES, LAW re same; revise 3 KM Decl and confer with client re same | David Dorey |
| 12/1/2022 | 2.2 | $561.00 | Proof response in opposition re partial motion to dismiss; review third Kines decl. re same | Lindsey Wanner |
| 12/1/2022 | 4.7 | $2,636.70 | Finish preparing opposition to Defendants' Partial Motion to Dismiss; revise and finalize declaration; conferences regarding all; correspondence with Ms. Kines Messenger | Tessa Shurr |
| 12/2/2022 | 2.1 | $1,518.30 | Revise/finalize MTD response; confer with TES, LAW and client regarding same | David Dorey |
| 12/2/2022 | 1.8 | $459.00 | Review and file opposition brief re partial motion to dismiss | Lindsey Wanner |
| 12/2/2022 | 1.8 | $1,009.80 | Review, revise, and finalize opposition to Defendants' Partial Motion to Dismiss; conferences regarding same | Tessa Shurr |
| 12/7/2022 | 0.4 | $289.20 | Telephone call with client re update | David Dorey |
| 12/8/2022 | 0.2 | $144.60 | Email correspondence with OC, client re extension request | David Dorey |
| 12/13/2022 | 0.4 | $289.20 | Review motion for extension of time and confer with client TES, LAW, NJM | David Dorey |
| 12/14/2022 | 0.1 | $72.30 | Email with client re deadline extension | David Dorey |
| 12/20/2022 | 0.5 | $361.50 | Telephone call with client re status etc. | David Dorey |
| 1/9/2023 | 1.1 | $811.80 | Review USPS reply ISO MTD and confer with client re same | David Dorey |
| 1/27/2023 | 0.1 | $73.80 | Email correspondence with OC about second FOIA request status | David Dorey |
| 1/27/2023 | 0.2 | $116.20 | Correspondence with USPS Attorney Yohannan re: second FOIA request | Tessa Shurr |
| 1/31/2023 | 0.5 | $369.00 | Email correspondence with AUSA re status of second FOIA request; confer with client re same | David Dorey |
| 3/7/2023 | 0.1 | $73.80 | Email with client about status of request | David Dorey |
| 3/10/2023 | 0.2 | $147.60 | Telephone call with client re document production | David Dorey |
| 3/12/2023 | 3.3 | $2,435.40 | Review/analyze FOIA documents produced and confer with TES, LAW re same | David Dorey |
| 3/13/2023 | 4.6 | $3,394.80 | Draft/send email correspondence to AUSA about records production; research legal issues regarding record supplementation on summary judgment post briefing | David Dorey |
| 3/13/2023 | 2.1 | $535.50 | Research re: possible filings to alert Court to new FOIA document production | Lindsey Wanner |
| 3/13/2023 | 0.2 | $116.20 | Conferences regarding correspondence with AUSA Yohannan and litigation strategy | Tessa Shurr |
| 3/14/2023 | 0.6 | $442.80 | Email correspondence with AUSA about scope of FOIA requests and research legal issues relevant to same | David Dorey |
| 3/14/2023 | 0.7 | $178.50 | Continue research re: possible filings to alert Court to new FOIA document production | Lindsey Wanner |
| 3/14/2023 | 1 | $581.00 | Conferences regarding correspondence with AUSA Yohannan and litigation strategy | Tessa Shurr |
| 3/15/2023 | 0.2 | $116.20 | Conferences regarding litigation strategy and outstanding FOIA requests | Tessa Shurr |
| 3/17/2023 | 0.3 | $174.30 | Correspondence with AUSA Yohannan; conferences regarding same | Tessa Shurr |
| 3/20/2023 | 0.2 | $147.60 | Confer with client about status of third request | David Dorey |
| 3/20/2023 | 0.3 | $221.40 | Email correspondence with AUSA regarding response to new records production and court notification | David Dorey |
| 3/20/2023 | 0.4 | $232.40 | Correspondence with AUSA Yohannan; conferences regarding same and legal/factual issues | Tessa Shurr |
| 3/21/2023 | 2.2 | $1,278.20 | Review correspondence from USPS; legal research regarding time extension due to "unusual circumstances"; conferences regarding same | Tessa Shurr |
| 3/22/2023 | 3.9 | $2,878.20 | Draft notice of incomplete record and declarations; research legal issue re same; email with AUSA re same | David Dorey |
| 3/22/2023 | 0.6 | $153.00 | Review notice of incomplete record; compile accompanying exhibits | Lindsey Wanner |
| 3/22/2023 | 0.3 | $174.30 | Review Notice of Incomplete Record and Dorey Affidavit; conferences regarding same | Tessa Shurr |
| 3/23/2023 | 0.2 | $147.60 | Email correspondence with AUSA regarding scope and status | David Dorey |
| 3/23/2023 | 2.6 | $1,510.60 | Review Notice of Incomplete Record, Dorey Affidavit, and exhibits thereto; conferences regarding same; review opinion and order; conferences regarding same | Tessa Shurr |
| 3/24/2023 | 0.1 | $73.80 | Email with AUSA regarding meet and confer | David Dorey |
| 3/24/2023 | 1.1 | $811.80 | Review/analyze court opinion and order | David Dorey |
| 3/27/2023 | 0.4 | $295.20 | Telephone call with client about status | David Dorey |
| 3/28/2023 | 0.5 | $369.00 | Email with Oversight and ED+W regarding status of case | David Dorey |
| 3/29/2023 | 4.9 | $3,616.20 | Research legal issues regarding supplemental complaint | David Dorey |
| 3/29/2023 | 0.8 | $590.40 | Meet and confer with DOJ regarding court order and next steps; prepare for same; confer with TES re same | David Dorey |
| 3/29/2023 | 0.5 | $290.50 | Teleconference with AUSA Yohannan and AUSA Sampat regarding order and next steps | Tessa Shurr |
| 4/4/2023 | 0.7 | $178.50 | Research re examples of Rule 15(d) supplemental complaints | Lindsey Wanner |
| 4/6/2023 | 0.5 | $369.00 | Telephone call with DOJ counsel | David Dorey |
| 4/6/2023 | 2.2 | $1,623.60 | Research legal issues relevant to supplemental complaint | David Dorey |
| 4/6/2023 | 0.2 | $51.00 | Review joint proposed schedule re new search and vaughn index | Lindsey Wanner |
| 4/6/2023 | 0.7 | $406.70 | Review and revise draft proposed schedule and correspondence with AUSA Sampat; teleconference with AUSA Sampat | Tessa Shurr |

| Date | Hours | Calculation | Description | User |
|---|---|---|---|---|
| 4/17/2023 | 4.5 | $3,321.00 | Drafting re supplemental complaint and research re same; confer with DOJ counsel; review new DC circuit opinion re USPS | David Dorey |
| 4/21/2023 | 3.2 | $2,361.60 | Draft/revise supplemental complaint and confer with clietna bout same | David Dorey |
| 4/24/2023 | 2.6 | $1,918.80 | Draft/revise supplemental complaint and confer with client and DOJ counsel re same | David Dorey |
| 4/24/2023 | 0.4 | $102.00 | Review draft supplemental complaint | Lindsey Wanner |
| 4/24/2023 | 0.6 | $348.60 | Review and revise supplemental complaint; conferences regarding same | Tessa Shurr |
| 5/5/2023 | 0.3 | $221.40 | Confer with DOJ counsel regarding supplemental complaint | David Dorey |
| 5/12/2023 | 0.4 | $232.40 | Correspondence with Attorney Sampat regarding proposed supplemental complaint and briefing schedule | Tessa Shurr |
| 5/16/2023 | 0.5 | $369.00 | Telephone call with DOJ counsel regarding status; prepare for same | David Dorey |
| 5/16/2023 | 0.4 | $232.40 | Teleconference with Attorney Sampat regarding briefing schedule re: motion to file supplemental complaint | Tessa Shurr |
| 5/19/2023 | 5.1 | $3,763.80 | Draft/revise/finalize/file supplemental complaint motion | David Dorey |
| 5/19/2023 | 0.5 | $369.00 | Telephone call with client | David Dorey |
| 5/19/2023 | 1.3 | $331.50 | Review and file motion for leave to file supplemental complaint and supporting motion and attachments | Lindsey Wanner |
| 5/19/2023 | 1.5 | $871.50 | Review, revise, and finalize motion to file supplemental complaint and related papers (memorandum of law, proposed supplemental complaint, proposed order); conferences regarding same | Tessa Shurr |
| 5/20/2023 | 0.2 | $147.60 | Confer with client about supplemental complaint filing | David Dorey |
| 5/31/2023 | 0.5 | $369.00 | Telephone call with client about status | David Dorey |
| 6/20/2023 | 0.4 | $232.40 | Correspondence with Attorney Sampat regarding USPS's response to FOIA II | Tessa Shurr |
| 6/20/2023 | 0.2 | $116.20 | Conference regarding upcoming FOIA requests | Tessa Shurr |
| 6/27/2023 | 3 | $2,214.00 | Meeting with client | David Dorey |
| 6/27/2023 | 2.2 | $1,623.60 | Review/analyze opposition to supplemental complaint motion and confer with client | David Dorey |
| 6/28/2023 | 3.5 | $2,033.50 | Review USPS opposition to AFFT's motion for leave to file supplemental complaint; conferences regarding same; begin researching legal authority re: reply to USPS's opposition | Tessa Shurr |
| 6/29/2023 | 0.5 | $369.00 | Telephone call with client re oversight | David Dorey |
| 6/29/2023 | 2 | $1,162.00 | Research regarding cases cited in USPS's opposition to motion for leave to file supplemental complaint | Tessa Shurr |
| 6/30/2023 | 7.2 | $5,313.60 | Draft/revise/finalize supplemental complaint reply; confer with LAW, TES re same | David Dorey |
| 6/30/2023 | 3.2 | $816.00 | Review and file reply and exhibit re supplemental complaint | Lindsey Wanner |
| 6/30/2023 | 3.5 | $2,033.50 | Review, revise, and finalize reply papers re: motion for leave to file supplemental complaint; conferences regarding same | Tessa Shurr |
| 7/3/2023 | 0.2 | $147.60 | Confer with client about prior week supplemental complaint filing | David Dorey |
| 7/5/2023 | 0.6 | $442.80 | Review joint status report and confer with DOJ counsel and TES re same; edit same | David Dorey |
| 7/5/2023 | 0.6 | $348.60 | Review and revise joint status report; conferences regarding same | Tessa Shurr |
| 8/2/2023 | 2.7 | $1,992.60 | Review outstanding issues and matter strategy | David Dorey |
| 8/3/2023 | 2.9 | $2,140.20 | Review/study draft declaration from USPS and confer with client | David Dorey |
| 8/7/2023 | 1.3 | $959.40 | Review draft declaration and confer with DOJ counsel and TES | David Dorey |
| 8/7/2023 | 4.8 | $3,542.40 | Review/revise/finalize/file EAJA petition and confer with client, TES, JS | David Dorey |
| 8/7/2023 | 0.3 | $174.30 | Correspondence with AUSA Sampat regarding scheduling teleconference | Tessa Shurr |
| 8/9/2023 | 0.5 | $369.00 | Telcon with client about strategy | David Dorey |
| 8/10/2023 | 0.8 | $590.40 | Telcon with DOJ about schedule and next steps; prepare for same; confer with TES | David Dorey |
| 8/10/2023 | 0.5 | $290.50 | Teleconference with AUSA Sampat regarding MSJ briefing schedule; conference regarding same | Tessa Shurr |
| 8/17/2023 | 0.5 | $369.00 | Work on schedule/strategy; confer with TES | David Dorey |
| 8/18/2023 | 0.6 | $442.80 | Review/revise status filing to court; confer with DOJ and TES | David Dorey |
| 8/18/2023 | 0.7 | $406.70 | Review and revise joint status report; correspondence with AUSA Sampat regarding same; conferences regarding same | Tessa Shurr |
| 10/13/2023 | 1 | $581.00 | Review USPS FOIA docket and file; conferences regarding USPS FOIA productions | Tessa Shurr |
| 10/18/2023 | 0.5 | $369.00 | Call with client re FOIA requests and status | David Dorey |
| 10/23/2023 | 4.4 | $3,247.20 | Draft extension motion response; confer with client and TES | David Dorey |
| 10/23/2023 | 0.6 | $153.00 | Review and file response to Defendants' motion for leave to file motion for extension | Lindsey Wanner |
| 10/23/2023 | 1.6 | $929.60 | Review, revise, and finalizes opposition to USPS's motion for leave to file motion for extension of time and proposed order; conferences regarding same | Tessa Shurr |
| 11/7/2023 | 0.3 | $174.30 | Review order granting USPS's motion for leave to file motion for extension; conferences regarding same | Tessa Shurr |
| 12/5/2023 | 1.3 | $959.40 | Meeting with client; draft summary and review relevant related issues | David Dorey |
| 12/5/2023 | 1 | $581.00 | Correspondence with AUSA McBride regarding motion to modify briefing schedule; conferences regarding same | Tessa Shurr |
| 12/11/2023 | 0.8 | $590.40 | Draft/revise lit summary and confer with JRB | David Dorey |
| 12/15/2023 | 0.4 | $232.40 | Review correspondence with AFFT regarding FOIA request | Tessa Shurr |
| 1/10/2024 | 0.5 | $377.00 | Telcon with client | David Dorey |
| 1/17/2024 | 0.8 | $603.20 | Telcon with client and prep | David Dorey |
| 1/19/2024 | 0.3 | $180.60 | Correspondence with AUSA McBride regarding motion for extension of time; conferences regarding same | Tessa Shurr |
| 1/25/2024 | 0.2 | $120.40 | Correspondence with AUSA McBride regarding motion for extension of time; conferences regarding same | Tessa Shurr |
| 1/31/2024 | 0.6 | $452.40 | Confer with client; email with DOJ counsel | David Dorey |
| 2/1/2024 | 0.5 | $301.00 | Correspondence with AUSA McBride regarding additional search and MSJ briefing schedule; conferences regarding same | Tessa Shurr |
| 2/29/2024 | 0.2 | $120.40 | Correspondence with opposing counsel regarding extension of briefing deadlines; confer with DRD regarding same | Tessa Shurr |
| 3/1/2024 | 0.1 | $60.20 | Correspondence with opposing counsel regarding extension of briefing deadlines; confer with DRD regarding same | Tessa Shurr |
| 3/11/2024 | 2.7 | $1,625.40 | Review USPS renewed motion for summary judgment; confer with DRD regarding same | Tessa Shurr |
| 3/12/2024 | 0.1 | $60.20 | Confer with DRD regarding potential settlement | Tessa Shurr |
| 3/13/2024 | 0.1 | $60.20 | Correspondence with AUSA McBride regarding supplemental declaration | Tessa Shurr |
| 3/14/2024 | 0.5 | $377.00 | Confer with TES about settlement proposal and summary judgment | David Dorey |
| 4/29/2024 | 1.2 | $904.80 | Draft/revise motion and declaration and confer with client regarding same; confer with clerk | David Dorey |
| 5/1/2024 | 0.7 | $527.80 | Conference calls re motions | David Dorey |
| 5/14/2024 | 0.8 | $603.20 | Draft/revise extension motion and proposed order; confer with DOJ counsel and client regarding same | David Dorey |
| 5/25/2024 | 3.5 | $2,639.00 | Review/analyze USPS's summary judgment papers; confer with DOJ counsel and client regarding same | David Dorey |
| 5/31/2024 | 2.1 | $1,583.40 | Correspond with USPS counsel; call with client; draft and file motion to strike | David Dorey |
| 6/5/2024 | 0.1 | $75.40 | Zoom call with client | David Dorey |
| 6/7/2024 | 0.2 | $150.80 | Emails with AUSA and client about extension to respond to motion to strike | David Dorey |
| 6/24/2024 | 0.1 | $75.40 | Review order on motion to strike extension; email with client | David Dorey |
| 7/17/2024 | 0.3 | $226.20 | Telephone call with AUSA about extension motion and review same; email correspondence regarding same | David Dorey |
| 7/25/2024 | 0.1 | $75.40 | Email with client about status | David Dorey |
| 8/1/2024 | 0.1 | $75.40 | Email to client concerning summary judgment motion filed | David Dorey |

| Date | Hours | Calculation | Description | User |
|---|---|---|---|---|
| 8/2/2024 | 0.5 | $377.00 | Review/analyze USPS summary judgment filing; email to AUSA about problems with same; email to client concerning same | David Dorey |
| 8/10/2024 | 1.2 | $904.80 | Review/analyze USPS summary judgment filing | David Dorey |
| 8/11/2024 | 1.1 | $829.40 | Further review and analysis of summary judgment papers; prepare for meeting with client | David Dorey |
| 8/12/2024 | 1.8 | $1,357.20 | Call with client concerning summary judgment filing and strategy; confer with LM about document review and email to AUSA; review relevant records and prepare email to AUSA | David Dorey |
| 8/12/2024 | 2.5 | $637.50 | Review Motion for Summary judgement and exhibits, compile list of names in spreadsheet that could be searchable. | LDM |
| 8/12/2024 | 0.4 | $102.00 | Review and edit spreadsheet with searchable terms, USPS employees, etc. | LDM |
| 8/20/2024 | 0.2 | $150.80 | Emails with DOJ counsel and client concerning scope of search | David Dorey |
| 8/27/2024 | 0.1 | $75.40 | Email to DOJ counsel regarding record search scope and summary judgment deadline | David Dorey |
| 8/28/2024 | 0.9 | $678.60 | Email with DOJ counsel about records production and extension; draft and file motion to stay briefing schedule; email to client regarding same | David Dorey |
| 9/16/2024 | 1.6 | $1,206.40 | Review substitution of counsel notice and email to client regarding same; draft/revise findings of fact and send to client | David Dorey |
| 9/27/2024 | 0.3 | $226.20 | Review draft status report and communicate with AUSA and client regarding same | David Dorey |
| 10/31/2024 | 2.3 | $1,734.20 | Review court's order regarding summary judgment briefing and records production; review prior joint status report; email to AUSA; email to client regarding same; confer with BH regarding same; begin document review and confer with LM regarding same | David Dorey |
| 11/1/2024 | 1.1 | $829.40 | Emails with AUSA about briefing schedule; confer with LM about document review; review document production | David Dorey |
| 11/1/2024 | 6 | $1,530.00 | Review Documents from the US Postal Service. | LDM |
| 11/4/2024 | 0.1 | $75.40 | Review extension motion filed by defendants | David Dorey |
| 11/4/2024 | 1.3 | $331.50 | Read through document production and make notes of additional custodians. | LDM |
| 11/4/2024 | 0.6 | $153.00 | Review document production | LDM |
| 11/8/2024 | 0.9 | $229.50 | Finish review of USPS document production and tabulate custodian entries. Send summary to attorney. | LDM |
| 11/11/2024 | 0.1 | $75.40 | Confer with BH on scheduling matter | David Dorey |
| 11/13/2024 | 0.6 | $452.40 | Meeting with client concerning case status and strategy; plan and prepare for same | David Dorey |
| 11/16/2024 | 0.2 | $150.80 | Emails with DOJ counsel and client regarding Vaughn index | David Dorey |
| 11/18/2024 | 4.2 | $3,166.80 | Email with client; confer with LM regarding review of Vaughn index; review/analyze produced documents in light of Vaughn index and declaration; email to client regarding same | David Dorey |
| 11/18/2024 | 0.8 | $204.00 | Review Third Declaration of Janine Castorina and update search term field in excel analysis of FOIA request. | LDM |
| 11/19/2024 | 0.3 | $226.20 | Emails with DOJ counsel and client regarding additional custodians | David Dorey |
| 12/6/2024 | 3.5 | $2,639.00 | Review email correspondence and supplemental production from USPS; confer with client regarding same; emailt o DOJ counsel regarding summary judgment scope | David Dorey |
| 12/13/2024 | 0.3 | $226.20 | Confer with LM about filed summary judgment papers | David Dorey |
| 12/13/2024 | 0.3 | $76.50 | Save e-filed documents to file, rename. | LDM |
| 12/13/2024 | 2.5 | $637.50 | Review documents, make memo on arguments being made. | LDM |
| 12/16/2024 | 0.6 | $452.40 | Prepare and send USPS summary judgment papers to client; confer with LM about drafting opposition brief and supporting papers | David Dorey |
| 12/16/2024 | 1.8 | $459.00 | Review case documents, begin drafting motion for summary judgment and memorandum in support of motion for summary judgment. | LDM |
| 12/16/2024 | 0.2 | $51.00 | Begin draft of material facts | LDM |
| 12/16/2024 | 0.7 | $178.50 | Finish initial drafts of the motion for summary judgment, memo, and statement of facts. | LDM |
| 12/16/2024 | 0.6 | $153.00 | Finish preliminary drafts of motion for summary judgment, memorandum, proposed order, and statement of material facts | LDM |
| 12/20/2024 | 0.2 | $150.80 | Confer with LM about drafting summary judgment brief | David Dorey |
| 12/20/2024 | 5.3 | $1,351.50 | Draft and Revise motion for summary judgment, review case documents, review case law, revise accompanying documents. | LDM |
| 12/23/2024 | 0.3 | $226.20 | Confer with LM about summary judgment brief drafting | David Dorey |
| 12/23/2024 | 0.2 | $51.00 | Discuss case with Dave. | LDM |
| 12/23/2024 | 2.1 | $535.50 | Draft Motion for Summary Judgment. | LDM |
| 12/23/2024 | 0.4 | $102.00 | Draft Motion for Summary Judgment. | LDM |
| 12/31/2024 | 0.7 | $178.50 | Review case with law clerk; review documents | LDM |
| 1/3/2025 | 3 | $765.00 | Review/Analyze Documents for AFFT Case | KLB |
| 1/6/2025 | 5 | $1,275.00 | Research legal issues Related to Counter-Memorandum | KLB |
| 1/7/2025 | 2 | $510.00 | Review/Analyze case for AFFT Counter-Memorandum | KLB |
| 1/7/2025 | 2.7 | $688.50 | Draft/Revise Counter-Memorandum | KLB |
| 1/10/2025 | 2.2 | $1,689.60 | Draft/revise summary judgment motion and confer with KB, LM regarding same | David Dorey |
| 1/10/2025 | 1.1 | $280.50 | Review/Edit Draft of Renewed Cross-Motion for Summary Judgment Facts | KLB |
| 1/10/2025 | 0.4 | $102.00 | Review/Edit Draft of Renewed Cross-Motion for Summary Judgment Proposed Order | KLB |
| 1/10/2025 | 0.5 | $127.50 | Review/Edit Draft of Renewed Cross-Motion for Summary Judgment | KLB |
| 1/10/2025 | 1.9 | $484.50 | Review/Edit Draft of Memorandum in Support of Renewed Cross-Motion for Summary Judgment | KLB |
| 1/10/2025 | 0.3 | $76.50 | Print Motion for summary judgment; prepare binder. | LDM |
| 1/10/2025 | 0.4 | $102.00 | Locate sources in support of Motion for Summary Judgment. | LDM |
| 1/13/2025 | 6.3 | $4,838.40 | Draft/revise summary judgment motion | David Dorey |
| 1/14/2025 | 5.7 | $4,377.60 | Review and further revise motion for summary judgment; revise supporting papers; confer with KB regarding same; finalize and file same; email to client regarding same | David Dorey |
| 1/14/2025 | 2.3 | $586.50 | Reviewed/Edited Final Draft of Memorandum in Support of Renewed Cross-Motion for Summary Judgment | KLB |
| 1/14/2025 | 2.2 | $561.00 | Reviewed/Edited Case Citations for Final Draft of Memorandum in Support of Renewed Cross-Motion for Summary Judgment | KLB |
| 1/14/2025 | 0.9 | $229.50 | Reviewed/Edited Exhibit Citations for Final Draft of Memorandum in Support of Renewed Cross-Motion for Summary Judgment | KLB |
| 1/14/2025 | 2.1 | $535.50 | Created TOC and TOA for Final Draft of Memorandum in Support of Renewed Cross-Motion for Summary Judgment | KLB |
| 1/23/2025 | 0.5 | $384.00 | Confer with client regarding status/strategy | David Dorey |
| 2/13/2025 | 0.5 | $384.00 | Initial review of summary judgment opposition and email to client regarding same | David Dorey |
| 2/18/2025 | 1.6 | $1,228.80 | Review/analyze USPS summary judgment reply and research related legal issues | David Dorey |
| 2/19/2025 | 6.4 | $4,915.20 | Draft/revise summary judgment reply and call with BH regarding same | David Dorey |
| 2/20/2025 | 1.6 | $1,228.80 | Revise summary judgment reply | David Dorey |
| 2/21/2025 | 2.2 | $1,689.60 | Revise summary judgment reply and confer with LM regarding same; finalize and file same | David Dorey |

| Date | Hours | Calculation | Description | User |
|---|---|---|---|---|
| 2/21/2025 | 1.8 | $459.00 | Edit and revise Reply in Support of Motion for Summary Judgment. | LDM |
| 2/21/2025 | 1.6 | $408.00 | Edit and Revise Reply. | LDM |
| 3/25/2025 | 0.3 | $230.40 | Draft summary of litigation for CB | David Dorey |
| 3/29/2025 | 1 | $768.00 | Assemble document file for client | David Dorey |
| 4/14/2025 | 0.1 | $76.80 | Email to client regarding status | David Dorey |
| 6/25/2025 | 0.2 | $153.60 | Emails with client regarding case status | David Dorey |
| 8/12/2025 | 0.6 | $460.80 | Review order on motion for summary judgment and emails with client regarding same | David Dorey |
| 8/20/2025 | 0.3 | $230.40 | Call with client regarding status | David Dorey |
| 8/25/2025 | 1.3 | $998.40 | Review order on summary judgment; draft responsive language for status report and confer with DOJ counsel regarding same | David Dorey |
| 8/26/2025 | 0.4 | $307.20 | Email to client regarding joint status report and opinion on summary judgment; review both for relevance to same | David Dorey |
| 11/3/2025 | 0.1 | $76.80 | Review email from NM regarding AFFT time information | David Dorey |
| 11/5/2025 | 0.6 | $460.80 | Review TFC bills and expenses and call with SB regarding analysis of same | David Dorey |
| 11/5/2025 | 0.2 | $51.00 | Confer with Mr. Dorey regarding calculation of attorney fees due to client. | Sarah Burdon |
| 11/6/2025 | 1.3 | $331.50 | Analysis of time entry history to determine attorney fee calculations. | Sarah Burdon |
| 11/7/2025 | 0.2 | $153.60 | Emails with JL, SB regarding fee analysis | David Dorey |
| 11/7/2025 | 1.6 | $408.00 | Continue analysis of time entry history to determine attorney fee calculations. | Sarah Burdon |
| 11/13/2025 | 0.1 | $76.80 | Email with DOJ counsel regarding status, fee proposal | David Dorey |
| 11/17/2025 | 1.1 | $844.80 | Review/revise time entry spreadsheet for DOJ counsel (remove certain entries) and confer with S. Burdon regarding same | David Dorey |
| 11/19/2025 | 0.6 | $153.00 | Finalize time entry history in preparation for submission. | Sarah Burdon |
| 12/15/2025 | 0.2 | $156.00 | Review proposed JSR and email with DOJ counsel regarding same | David Dorey |
| 12/16/2025 | 0.3 | $234.00 | Email with DOJ counsel regarding JSR; review JSR as filed; email to client regarding same | David Dorey |
| 1/14/2026 | 0.2 | $156.00 | Emails with client regarding fee status | David Dorey |
| 1/23/2026 | 0.3 | $234.00 | Emails with AUSA and client regarding fees | David Dorey |
| 2/17/2026 | 0.5 | $390.00 | Review joint status report and emails with DOJ counsel regarding same; email to client regarding same | David Dorey |
| 2/18/2026 | 0.2 | $156.00 | Emails with client regarding status report | David Dorey |
| 3/17/2026 | 0.8 | $624.00 | Research legal issue related to Fitzpatrick matrix; emails with client and DOJ counsel regarding fee request; call with DOJ counsel; text to client | David Dorey |
| 3/19/2026 | 0.3 | $234.00 | Review draft joint status report and emails with DOJ counsel regarding same | David Dorey |
| 5/4/2026 | 0.3 | $234.00 | Emails with AUSA regarding extension; emails internal regarding same | David Dorey |
| 6/2/2026 | 5.5 | $4,290.00 | Draft/revise attorney fee petition | David Dorey |
| 6/3/2026 | 7.2 | $5,616.00 | Draft/revise/finalize attorney fee petition | David Dorey |
| 6/3/2026 | 0.7 | $178.50 | Revise time entry history in preparation for submission. | Sarah Burdon |
| **Totals:** | **691.3** | **$420,131.90** | | |

# Exhibit B

Costs

| 04/29/2022 | 402.00 | Courts/USDC-DC | ( Complaint filing fee ) |
|------------|--------|----------------|--------------------------|
| 05/03/2022 | 49.80 | USPS | ( Service of complaint & summonses on defendants ) |
| 05/20/2022 | 100.00 | Courts/USDC-DC | ( TES's PHV admission into DCDC ) |