**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICANS FOR FAIR TREATMENT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | **No.  1:22-cv-1183-RCL**<br><br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiff Americans for Fair Treatment's ("AFFT") Motion for Attorneys' Fees and Costs filed on June 3, 2026, Defendant United States Postal Service's ("USPS") opposition, and AFFT's reply, it is **ORDERED** that AFFT's motion is **GRANTED.**  AFFT is awarded $364,565.79 in litigation-phase attorneys' fees, $551.80 in costs, and $_____ in fees-on-fees, for a total of $_____. The **JUDGMENT** of this Court shall follow.

_____

Hon. Royce C. Lamberth
United States District Judge

1