UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR FAIR TREATMENT,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, et al.,

Defendants.

Civil Action No. 22-1183 (RCL)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brett S. Covington and remove the appearance of Assistant United States Attorney Erika Oblea as counsel for Defendants in the above-captioned case.

Dated:  July 6, 2026

Respectfully submitted,

By:  */s/ Brett S. Covington*
        BRETT S. COVINGTON
        D.C. Bar #1003835
        Assistant United States Attorney
        601 D Street, NW
        Washington, D.C. 20530
        (202) 252-0888
        Brett.Covington@usdoj.gov

*Counsel for Defendants*